JOHN B. BULGOZDY, Cal Bar No. 219897
Email: bulgozdyj@sec.gov
NICHOLAS S. CHUNG, Cal Bar No. 192784
Email: chungni@sec.gov
MORGAN B. WARD DORAN, Cal. Bar No. 246107
Email: warddoranm@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Andrew G. Petillon, Associate Regional Director
John M. McCoy III, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

FILED
2009 JUL 16 AM 10:26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>Defendants. | Case No. **SACV09-818 DOC(RNBX)**<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDERS: (1) FREEZING ASSETS, (2) APPOINTING A TEMPORARY RECEIVER, (3) PROHIBITING THE DESTRUCTION OF DOCUMENTS, (4) GRANTING EXPEDITED DISCOVERY, AND (5) REQUIRING ACCOUNTINGS; AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND APPOINTMENT OF A PERMANENT RECEIVER** |

Plaintiff Securities and Exchange Commission ("Commission") applies, pursuant to Fed. R. Civ. P. 65(b), for a Temporary Restraining Order prohibiting Defendants Medical Capital Holdings, Inc. ("MCHI"); Medical Capital Corporation ("MCC"); Medical Provider Funding Corporation VI ("MP VI"); Sidney M. Field; and Joseph J. Lampariello, from committing violations of various antifraud provisions of the federal securities laws, or aiding and abetting such violations, and for orders freezing assets of MCHI, MCC, and MP VI, appointing a temporary receiver over defendants MCHI, MCC, and MP VI, prohibiting the destruction of documents, granting expedited discovery, and requiring accountings. In addition, the Commission applies for an Order to Show Cause Re Preliminary Injunction and Appointment of a Permanent Receiver.

The Commission applies for this emergency injunctive relief on an *ex parte* basis. Waiver of notice to the defendants is appropriate pursuant to Fed. R. Civ. P. 65(b) because the specific facts set forth in the evidence submitted with the Application establish that immediate and irreparable injury, loss, or damage will result if the defendants are notified of the Commission's Application prior to it being heard. The Commission has been advised that counsel for Defendants is John F. Libby, Manatt, Phelps & Phillips, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064, phone: (310) 312-4342.

MCHI, MCC, MP VI, Field, and Lampariello are committing fraud in the offer and sale of MP VI notes. First, as of June 19, 2009, the Defendants had misappropriated approximately $18.5 million of the $76.9 million raised through the sale of MP VI notes to pay administrative fees to MCC. These fee payments were contrary to representations in MP VI's original private placement memorandum ("PPM"), which stated that administrative fees would not be paid out of the offering proceeds, as well as representations in MP VI's May 27, 2009 supplemental PPM that less than $4 million of offering proceeds had been used for purposes other than purchasing accounts receivables. The Defendants also

1

1 misrepresented that none of the Special Purpose Corporations ("SPCs") affiliated
2 with MP VI had defaulted on, or been late in making payments of, principal and/or
3 interest to their respective investors. In fact, two MP VI-affiliated SPCs began
4 defaulting on interest and/or principal payments in the same month that MP VI
5 began its offering, and recently two other MP VI-affiliated SPCs have defaulted or
6 been late in making interest payments.
7     Because of the threat of dissipation of investor funds by the Defendants, the
8 Commission now seeks a temporary restraining order and preliminary injunction
9 enjoining the defendants from violating Section 17(a) of the Securities Act of
10 1933, 15 U.S.C. § 77q(a), and Section 10(b) of the Securities Exchange Act of
11 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5, or in
12 the alternative with respect to MCC, aiding and abetting violations of Section 10(b)
13 of the Exchange Act and Rule 10b-5; and orders freezing assets of MCHI, MCC,
14 and MP VI, appointing a temporary receiver over Defendants MCHI, MCC, and
15 MP VI, prohibiting the destruction of documents, granting expedited discovery,
16 and requiring accountings. In addition, the Commission applies for an Order to
17 Show Cause Re Preliminary Injunction and Appointment of a Permanent Receiver.
18     The Commission requests, pursuant to Fed. R. Civ. P. 65(b), that the Court
19 consider its *Ex Parte* Application for emergency relief without prior notice to
20 MCHI, MCC, MP VI, Field, and Lampariello because defendants have misused
21 funds raised from investors, and there is the risk that investor funds will be further
22 dissipated and evidence will be destroyed. For these reasons, counsel for the
23 Commission have not advised MCHI, MCC, MP VI, Field, and Lampariello, or
24 their counsel of the date, time, or substance of the Commission's *Ex Parte*
25 Application.
26 ///
27 ///
28 ///

1     This Application is based on the concurrently filed Complaint; Memorandum of Points and Authorities; Declarations of Nicholas S. Chung and Roger D. Boudreau, including exhibits thereto; and such other evidence and argument as the Court may permit.

DATED: July 16, 2009

Respectfully submitted,

*/s/ John B. Bulgozdy*

John B. Bulgozdy
Nicholas S. Chung
Morgan B. Ward Doran
Attorneys for Plaintiff
Securities and Exchange Commission