| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | JOHN F. LIBBY (Bar No. CA 128207)<br>E-mail: jlibby@manatt.com |
| 3 | SIRENA P. CASTILLO (Bar No. CA 260565)<br>E-mail: scastillo@manatt.com |
| 4 | 11355 West Olympic Boulevard<br>Los Angeles, CA 90064-1614 |
| 5 | Telephone: (310) 312-4000<br>Facsimile: (310) 312-4224 |

*Attorneys for Defendants*
SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>Defendants. | Case No. SACV09-818 DOC (RNBx)<br><br>**DEFENDANTS SIDNEY M. FIELD AND JOSEPH J. LAMPARIELLO'S OPPOSITION TO PRELIMINARY INJUNCTION AND APPOINTMENT OF PERMANENT RECEIVER**<br><br>Date:        August 17, 2009<br>Time:       8:30 a.m.<br>Judge:      Hon. David O. Carter<br>Courtroom: 9D<br><br>Complaint Filed: July 16, 2009 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41418181.1

DEFENDANTS FIELD AND LAMPARIELLO'S
OPPOSITION TO PRELIMINARY INJUNCTION AND
APPOINTMENT OF PERMANENT RECEIVER

Defendants Sidney M. Field and Joseph J. Lampariello (collectively "Defendants") hereby oppose the imposition of a preliminary injunction and appointment of a permanent receiver as requested by Plaintiff Securities and Exchanges Commission ("SEC") in the Complaint filed on July 17, 2009. Defendants' opposition is based on the following papers, which have already been filed in this action in opposition to the Temporary Restraining Order (TRO): Defendants' Emergency *Ex Parte* Application for Extension of Time to File Response to *Ex Parte* Application by SEC for TRO and Related Relief and the Declarations filed in support thereof (Docket Item # 7); Opposition to Application by SEC for TRO (Docket Item # 13); Declaration of Joseph J. Lampariello in Opposition to Application for TRO (Docket Item # 14); Declaration of Thomas R. Fazio in Opposition to *Ex Parte* Application for TRO (Docket Item # 15); and Objections to Evidence Submitted by SEC in Support of TRO (Docket Item # 16).

Respectfully submitted,

Dated: August 10, 2009

MANATT, PHELPS & PHILLIPS, LLP
John F. Libby
Sirena P. Castillo


By: /s/ John F. Libby
   John F. Libby
   Attorneys for *Defendants*
   SIDNEY M. FIELD; and
   JOSEPH J. LAMPARIELLO