LAWRENCE BASS (CA NO. 60527)
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Telephone: 303-607-3500
Facsimile: 303-607-3600
Email: lbass@faegre.com

EDWARD T. WAHL (MN NO. 15409X)
STEPHEN M. MERTZ (MN NO. 212131)
THERESA H. DYKOSCHAK (MN NO. 0349999)
(*PRO HAC VICE APPLICATIONS TO BE FILED*)
FAEGRE & BENSON LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402-3901
Telephone: 612.766.7000
Facsimile: 612.766.1600
Email: ewahl@faegre.com
Email: smertz@faegre.com
Email: tdykoschak@faegre.com

Attorneys for Wells Fargo Bank, National Association, in its capacity as Trustee for the holders of Medical Provider Financial Corporation III Series I and Series II Notes and Medical Provider Funding Corporation V Series I Notes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br> v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; AND JOSEPH J. LAMPARIELLO,<br><br>      Defendants. | Case No. **SACV09-818 DOC (RNBX)**<br><br>**AFFIDAVIT OF ELIZABETH WALKER IN SUPPORT OF MEMORANDUM OF WELLS FARGO BANK, NATIONAL ASSOCIATION IN LIMITED OPPOSITION TO TRO, PRELIMINARY INJUNCTION AND APPOINTMENT OF PERMANENT RECEIVER** |

STATE OF MINNESOTA   )
                    ) ss.
COUNTY OF HENNEPIN   )

Elizabeth Walker, being first duly sworn upon oath, deposes and states as follows:

1. I am a Default and Restructuring Account Manager and Vice President with Wells Fargo Bank, National Association, in its capacity as trustee ("Wells Fargo").  I make this Declaration based upon my personal knowledge and in support of Wells Fargo's Memorandum in Limited Opposition to TRO, Preliminary Injunction and Appointment of a Permanent Receiver.

2. Medical Capital Corporation, Inc. has provided information that there are the following number of holders of each series of notes:

| Series | Number of Holders |
|---|---|
| MPF III Series I | 346 |
| MPF III Series II | 851 |
| MPF V Series I | 4,270 |
| **Total** | 5,467 |

3. Medical Capital Corporation, Inc. also has provided information that the principal amount outstanding for the three series of notes is as follows:

| Series | Principal Outstanding as of August 7, 2009 |
|---|---|
| MPF III Series I | $26,513,000.00 |
| MPF III Series II | $82,928,000.00 |
| MPF V Series I | $401,126,000.00 |

4. As of August 6, 2009, the Trust Account balances were as follows:

| **Series** | **Trust Account Balance (including Expense Reserve)** |
|---|---|
| MPF III Series I | $836,485.95 |
| MPF III Series II | $655,501.09 |
| MPF V Series I | $369,974.54 |

5. All of the MPF III Series I notes have matured, and these principal amounts are due and unpaid.

6. MPF III failed to make the last April 10, 2009, May 11, 2009, June 10, 2009, and July 10, 2009 on the MPF III Series II notes. In addition, MPF III failed to make principal payments on MPF III Series II notes that have matured, and these principal amounts are due.

7. MPF V failed to make interest payments due on June 10, 2009 and July 10, 2009 for the MPF V Series I Notes.

[Remainder of page intentionally left blank]

**FURTHER AFFIANT SAYETH NOT.**

Elizabeth Walker

Subscribed and sworn before me this
10th day of August, 2009.

Notary Public



RACHEL A SMOLNIK
Notary Public
Minnesota
My Commission Expires January 31, 2014