LAWRENCE BASS (CA NO. 60527)
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Telephone: 303-607-3500
Facsimile: 303-607-3600
Email: lbass@faegre.com

EDWARD T. WAHL (MN NO. 15409X)
STEPHEN M. MERTZ (MN NO. 212131)
THERESA H. DYKOSCHAK (MN NO. 0349999)
(*PRO HAC VICE APPLICATIONS TO BE FILED*)
FAEGRE & BENSON LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402-3901
Telephone: 612.766.7000
Facsimile: 612.766.1600
Email: ewahl@faegre.com
Email: smertz@faegre.com
Email: tdykoschak@faegre.com

Attorneys for Wells Fargo Bank, National Association, in its capacity as Trustee for the holders of Medical Provider Financial Corporation III Series I and Series II Notes and Medical Provider Funding Corporation V Series I Notes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br>v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.;<br>MEDICAL CAPITAL CORPORATION;<br>MEDICAL PROVIDER FUNDING<br>CORPORATION VI; SIDNEY M. FIELD; AND<br>JOSEPH J. LAMPARIELLO,<br><br>                    Defendants. | Case No. **SACV09-818 DOC (RNBX)**<br><br>**AFFIDAVIT OF EDWARD T. WAHL IN SUPPORT OF MEMORANDUM OF WELLS FARGO BANK, NATIONAL ASSOCIATION IN LIMITED OPPOSITION TO TRO, PRELIMINARY INJUNCTION AND APPOINTMENT OF PERMANENT RECEIVER** |

STATE OF MINNESOTA    )
                     ) ss.
COUNTY OF HENNEPIN   )

Edward T. Wahl, being first duly sworn upon oath, deposes and states as follows:

1. I am a partner with the law firm of Faegre & Benson LLP, counsel for Wells Fargo Bank, National Association, in its capacity as trustee ("Wells Fargo"). I make this Declaration based upon my personal knowledge and in support of Wells Fargo's Memorandum in Limited Opposition to TRO, Preliminary Injunction and Appointment of a Permanent Receiver.

2. Attached as Exhibit A is a true and correct copy of the Note Issuance and Security Agreement dated June 27, 2005.

3. Attached as Exhibit B is a true and correct copy of the First Supplemental Note Issuance and Security Agreement dated April 10, 2007.

4. Attached as Exhibit C is a true and correct copy of the Note Issuance and Security Agreement dated October 8, 2007.

5. Attached as Exhibit D is a true and correct copy of the Administrative Services Agreement dated June 27, 2005.

6. Attached as Exhibit E is a true and correct copy of the Administrative Services Agreement dated October 8, 2007.

7. Attached as Exhibit F is a true and correct copy of the Master Service Agreement dated June 27, 2005.

8. Attached as Exhibit G is a true and correct copy of the Master Service Agreement dated October 8, 2007.

9. Attached as Exhibit H is a true and correct copy of the Forbearance Agreement dated April 8, 2009.

10. Attached as Exhibit I is a true and correct copy of the letter from Thomas A. Seaman to Wells Fargo Bank dated August 3, 2009.

[Remainder of page intentionally left blank]

**FURTHER AFFIANT SAYETH NOT.**

_____
Edward T. Wahl

Subscribed and sworn before me this
10th day of August, 2009.

_____
Notary Public

fb.us.4303150.02

