MANATT, PHELPS & PHILLIPS, LLP
JOHN F. LIBBY (Bar No. CA 128207)
SIRENA P. CASTILLO (Bar No. CA 260565)
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

*Attorneys for Defendants*
SIDNEY M. FIELD and JOSEPH J. LAMPARIELLO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>          Defendants. | Case No.  SACV09-818 DOC (RNBx)<br><br>**DEFENDANTS SIDNEY M. FIELD AND JOSEPH J. LAMPARIELLO'S SCHEDULE OF ASSETS**<br><br>Complaint Filed:       July 16, 2009 |

41418519.1

DEFENDANTS' SCHEDULE OF ASSETS

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

In accordance with section XVI of the Temporary Restraining Order (TRO) entered by the Court on August 3, 2009, Defendants Sidney M. Field and Joseph J. Lampariello hereby provide a detailed and complete schedule of all personal assets, including all real and personal property exceeding $5,000 in value, and all bank securities, futures and other accounts.

## **Sidney M. Field's Schedule of Assets**

Checking Accounts

    Bank of America

        1. Account ▇1169; Reno, NV

        2. Account ▇1909; Lincoln/Tustin Orange, CA

    Funds from both are primarily from wages from MCC over time.

Real Estate

    9601 Janice Circle Villa Park, California

Stock Brokerage Account

    TD Ameritrade Account ▇1222; Bensalem, PA

401 K plan

    John Hancock Pensions, Contract # ▇3285

Life Insurance

    Prudential Policy # ▇1889

    Prudential Policy # ▇1884

Automobiles

    2007 Lexus GX 470

    1958 MGA

Source of all of the foregoing property primarily from wages from MCC over time.

**Joseph J. Lampariello's Schedule of Assets**

Real Estate

    1. Home: 120 Maplewood Rd., Huntington Station, NY 11746 (owns 50% with wife, Deborah A. Lampariello)

    2. House: 10 Observatory, Newport Coast CA 92657

Automobile

    2005 Chevrolet Corvette

    1981 American LaFrance Fire Truck

    1939 LaSalle Flxible Ambulance (disassembled)

Life Insurance

    Prudential Policy account number unknown – to be provided

401K Account

    (Medical Capital) account number unknown – to be provided

Checking/Money Market Accounts

    Bank of America Account ▇▇▇▇5399; Lincoln Heights, CA

Miscellaneous

    Clothes, tools, miscellaneous items (none individually over $5,000 in value)

    Miscellaneous Home Furnishings: (jointly owned with wife, Deborah A. Lampariello)

Source of all of the foregoing property primarily from wages from MCC over time.

Dated:  August 10, 2009

MANATT, PHELPS & PHILLIPS, LLP
John F. Libby
Sirena P. Castillo

By: /s/ Sirena P. Castillo
    Sirena P. Castillo
    *Attorneys for Defendants*
    SIDNEY M. FIELD and
    JOSEPH J. LAMPARIELLO