# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff(s)<br>v.<br><br>MEDICAL CAPITAL HOLDINGS, INC., ET AL.<br><br>Defendant(s). | CASE NUMBER<br><br>SA CV09-0818 DOC (RNBx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

    Sidney M. Field    ☐ Plaintiff   ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Alan Greenberg and Michael Piazza  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Greenberg Traurig, LLP, 3161 Michelson Drive, Suite 1000
*Street Address*

Irvine, CA 92612    greenbergal@gtlaw.com
*City, State, Zip*    *E-Mail Address*

(949)732-6500    (949)732-6501    150827
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record in place and stead of  John Libby and Sirena Castillo - Manatt Phelps & Phillips, LLP
*Present Attorney*

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

Dated  August 13, 2009    */s/ David O. Carter*
    U. S. District Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.