O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 09-0818 DOC (RNBx)            Date: October 28, 2009

Title: Securities and Exchange Commission v. Medical Capital Holdings, Inc. et al.

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                         Date:_____ Deputy Clerk: _____

---

PRESENT:

                         THE HONORABLE DAVID O. CARTER, JUDGE

     Kristee Hopkins                                Not Present
     Courtroom Clerk                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

         NONE PRESENT                            NONE PRESENT

---

PROCEEDING (IN CHAMBERS): APPROVING SALE OF CASTLE HILL PROPERTY

       Before this Court is the Motion for Order (A) Approving Sale of Castle Hill Property Free and Clear of Liens, (B) Authorizing the Receiver to Pay Certain Liens and Claims from the Sale Proceeds, and (C) Approving the Real Estate Broker's Commission ("Motion"). The Court held oral argument on this motion on October 28, 2009.

       The Court received an Opposition to the Motion on October 27, 2009 from Virginia Allender, Pat Atkins, and Autumn Senior Living, Inc. the day prior to the hearing. Allender and Atkins are residents of the Castle Hill Retirement Village (collectively, "Residents"). Autumn Senior Living, Inc. is the current management company of Castle Hill Retirement Village.

       The Motion was filed on October 2, 2009. Autumn Senior Living was served with the Motion on October 2, 2009. Any opposition by them was due October 14, 2009. The Court thereby rejects Autumn Senior Living's filing as untimely and will not consider the arguments made therein.

As Residents were not given notice of the Motion, their objections do not fail on timeliness grounds.  However, Residents do not have standing to object to the sale of the property because they have no beneficial interest in the receivership.  *See SEC v. Basic Energy & Affiliated Resources, Inc.*, 273 F.3d 657, 665 (6th Cir. 2001).

For the reasons set forth in the Receivers' Motion, the Motion is GRANTED.  The order, signed by the Court, is attached.

The Clerk shall serve this minute order on all parties to the action.