Michael A. Piazza (SBN 235881)
Wayne R. Gross (SBN 138828)
Alan A. Greenberg (SBN 150827)
GREENBERG TRAURIG, LLP
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone:  (949) 732-6500
Fax:           (949) 732-6501
Email: piazzam@gtlaw.com
Email: grossw@gtlaw.com
Email: greenbergal@gtlaw.com

Attorneys for Defendants Sidney M. Field and Joseph J. Lampariello

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>　　　　　　　Defendants. | CASE NO. 09CV-818 DOC (RNBx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SIDNEY M. FIELD AND JOSEPH J. LAMPARIELLO LEAVE TO SUBMIT THE DECLARATION OF WAYNE R. GROSS FOR *IN CAMERA* REVIEW** |

After considering Defendants Sidney M. Field's and Joseph J. Lampariello's ("Individual Defendants") *Ex Parte* Application For Leave to Submit the Declaration of Wayne R. Gross for *In Camera* Review; Memorandum of Points and Authorities; and Declaration of Lindsay A. Ayers;

IT IS HEREBY ORDERED THAT

1. Individual Defendants' have leave to submit the Declaration of Wayne R. Gross for *in camera* review, in support of Individual Defendants' *Ex Parte* Application for Order Amending Preliminary Injunction to Release Frozen Assets for Attorneys' Fees.

Dated: March _____, 2010

_____
HONORABLE DAVID O. CARTER

RESPECTFULLY SUBMITTED BY:

GREENBERG TAURIG, LLP

By: */s/ Michael A. Piazza*
Michael A. Piazza
Wayne R. Gross
Alan A. Greenberg
Attorneys for Defendants
Sidney M. Field and
Joseph J. Lampariello

2

PROPOSED] ORDER GRANTING DEFENDANTS SIDNEY M. FIELD AND JOSEPH J. LAMPARIELLO LEAVE TO SUBMIT THE DECLARATION OF WAYNE R. GROSS FOR *IN CAMERA* REVIEW
286,546,950.1

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA  92612.**

On the below date, I electronically filed the **[PROPOSED] ORDER GRANTING DEFENDANTS SIDNEY M. FIELD AND JOSEPH J. LAMPARIELLO LEAVE TO SUBMIT THE DECLARATION OF WAYNE R. GROSS FOR *IN CAMERA* REVIEW** with the Clerk of the United States District Court for the Central District of California, using the CM/ECF System.  The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

## SEE ATTACHED SERVICE LIST

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 25, 2010, at Irvine, California.

*/s/ Michael A. Piazza*
Michael A. Piazza

# SERVICE LIST

SEC vs. Medical Capital Holdings, Inc., et al.
USDC - Central District of California
Case No. 09CV-818 DOC (RNBx)

| | |
|---|---|
| JOHN B. BULGOZDY<br>Email: bulgozdyj@sec.gov<br>NICHOLAS S. CHUNG<br>Email: chungni@sec.gov<br>MORGAN B. WARD DORAN<br>Email: warddoranm@sec.gov<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, California 90036-3648<br>Telephone: (323) 965-3998<br>Facsimile: (323) 965-3908<br>Attorneys for Plaintiff | David Zaro, Esq.<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>515 S. Figueroa Street, 7th Floor<br>Los Angeles, CA 90071<br>Email: dzaro@allenmatkins.com<br>Attorney for Receiver |
| EDWARD T. WAHL<br>STEPHEN M. MERTZ<br>THERESA H. DYKOSCHAK<br>(PRO HAC VICE APPLICATIONS TO BE FILED)<br>FAEGRE & BENSON LLP<br>90 South Seventh Street, Suite 2200<br>Minneapolis, Minnesota 55402-3901<br>Telephone: 612.766.7000<br>Facsimile: 612.766.1600<br>Email: ewahl@faegre.com<br>Email: smertz@faegre.com | LAWRENCE BASS<br>FAEGRE & BENSON LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203-4532<br>Telephone: 303-607-3500<br>Facsimile: 303-607-3600<br>Email: lbass@faegre.com |