Michael A. Piazza (SBN 235881)
Wayne R. Gross (SBN 138828)
Alan A. Greenberg (SBN 150827)
GREENBERG TRAURIG, LLP
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: piazzam@gtlaw.com
Email: grossw@gtlaw.com
Email: greenbergal@gtlaw.com

Attorneys for Defendants
Sidney M. Field and Joseph J. Lampariello

# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>MEDICAL CAPITAL HOLDINGS, INC., MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO<br><br>Defendant(s) | CASE NO. 09CV-818 DOC (RNBx)<br><br>**NOTICE OF LODGING DECLARATION OF WAYNE R. GROSS FOR *IN CAMERA* REVIEW**<br><br>**(PURSUANT TO ORDER DATED MARCH 29, 2010)**<br><br>[Submitted concurrently with and for use in ruling on: (1) *Ex Parte* Motion to Shorten Time For Consideration of Defendants' Supplemental Application For Release of Assets; and<br>(2) Supplemental Application For Release of Assets]<br><br>Judge:       Hon. David Carter<br>Courtroom:  9D |

CASE NO. 09CV-818 DOC (RNBX)
NOTICE OF LODGING DECLARATION OF WAYNE R. GROSS FOR *IN CAMERA* REVIEW

*286,548,497.1*

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to leave granted by this Court on March 29, 2010 (Docket #204), Defendants Sidney M. Field and Joseph J. Lampariello ("Individual Defendants") have lodged herewith the Declaration of Wayne R. Gross for the Court's *in camera* review and use in ruling on their: (1) *Ex Parte* Motion to Shorten Time for Consideration of Individual Defendants' Supplemental Application for Order Amending Preliminary Injunction to Release Frozen Assets For Attorneys' Fees, and (2) Supplemental Application for Order Amending Preliminary Injunction to Release Frozen Assets For Attorneys' Fees.

DATED: March 30, 2010               GREENBERG TRAURIG, LLP

                                    By:   /s/ Michael A. Piazza
                                    Michael A. Piazza
                                    Wayne R. Gross
                                    Alan A. Greenberg Traurig
                                    Attorneys for Defendants
                                    Sidney M. Field and
                                    Joseph J. Lampariello

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA  92612.**

On the below date, I electronically filed the **NOTICE OF LODGING DECLARATION OF WAYNE R. GROSS FOR *IN CAMERA* REVIEW** with the Clerk of the United States District Court for the Central District of California, using the CM/ECF System.  The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

## SEE ATTACHED SERVICE LIST

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 30, 2010, at Irvine, California.

*/s/ Michael A. Piazza*
Michael A. Piazza

# SERVICE LIST

*SEC vs. Medical Capital Holdings, Inc., et al.*
USDC - Central District of California
Case No. 09CV-818 DOC (RNBx)

| | |
|---|---|
| JOHN B. BULGOZDY<br>Email: bulgozdyj@sec.gov<br>NICHOLAS S. CHUNG<br>Email: chungni@sec.gov<br>MORGAN B. WARD DORAN<br>Email: warddoranm@sec.gov<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, California 90036-3648<br>Telephone: (323) 965-3998<br>Facsimile: (323) 965-3908<br>Attorneys for Plaintiff | David Zaro, Esq.<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>515 S. Figueroa Street, 7th Floor<br>Los Angeles, CA 90071<br>Email: dzaro@allenmatkins.com<br>Attorney for Receiver |
| EDWARD T. WAHL<br>STEPHEN M. MERTZ<br>THERESA H. DYKOSCHAK<br>(PRO HAC VICE APPLICATIONS TO BE FILED)<br>FAEGRE & BENSON LLP<br>90 South Seventh Street, Suite 2200<br>Minneapolis, Minnesota 55402-3901<br>Telephone: 612.766.7000<br>Facsimile: 612.766.1600<br>Email: ewahl@faegre.com<br>Email: smertz@faegre.com | LAWRENCE BASS<br>FAEGRE & BENSON LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203-4532<br>Telephone: 303-607-3500<br>Facsimile: 303-607-3600<br>Email: lbass@faegre.com |

286,548,497.1