DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
LORAINE L. PEDOWITZ (BAR NO. 120614)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        lpedowitz@allenmatkins.com

Attorneys for Receiver
Thomas A. Seaman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>          Defendants. | Case No. 8:09-cv-0818-DOC (RNBx)<br><br>NOTICE OF LODGING OF [PROPOSED] ORDER ON RECEIVER'S REPORT ON THE STATUS OF CLAIMS AND REQUEST TO DETERMINE OUTSTANDING UNRESOLVED CLAIMS AND APPROVE MIMO CLAIM APPROACH |

NOTICE IS HEREBY GIVEN that Receiver Thomas A. Seaman has lodged his [PROPOSED] ORDER ON RECEIVER'S REPORT ON THE STATUS OF CLAIMS AND REQUEST TO DETERMINE OUTSTANDING

///
///
///
///
///

---

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

929086.01/LA

NOTICE OF LODGING [PROPOSED] ORDER GRANTING THE RECEIVER AUTHORITY TO ABANDON INTEREST IN THE G.P.H. PROPERTY

UNRESOLVED CLAIMS AND APPROVE MIMO CLAIM APPROACH.

Dated: May 15, 2012

ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
DAVID R. ZARO
TED FATES
LORAINE L. PEDOWITZ

By:     /a/ LORAINE L. PEDOWITZ
        LORAINE L. PEDOWITZ
        Attorneys for Receiver
        Thomas A. Seaman

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

929086.01/LA

-2-

NOTICE OF LODGING [PROPOSED] ORDER GRANTING THE RECEIVER
AUTHORITY TO ABANDON INTEREST IN THE G.P.H. PROPERTY