Name & Address:
Michael R. Farrell/173831
David R. Zaro/124334 | Nancy S. Fong/217552
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071
Tel: (213) 622-5555 | Fax: (213) 620-8816

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:09-cv-0818 DOC (RNBx) |
| v. | |
| MEDICAL CAPITAL HOLDINGS, INC., et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Receiver's Ex Parte Application for Order Approving Confidential Settlement Agreement with Interstate Restoration, LLC; [Proposed] Order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other Ex Parte Application and supporting documents to be filed under seal.

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| July 31, 2014 | /s/ Michael R. Farrell |
|---|---|
| Date | Attorney Name |
| | MICHAEL R. FARRELL |
| | Party Represented |
| | THOMAS A. SEAMAN, RECEIVER |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)    **NOTICE OF MANUAL FILING**    American LegalNet, Inc. www.FormsWorkflow.com