DAVID R. ZARO (BAR NO. 124334)
MICHAEL R. FARRELL (BAR NO. 173831)
NANCY S. FONG (BAR NO. 217552)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  dzaro@allenmatkins.com
         mfarrell@allenmatkins.com
         nfong@allenmatkins.com

Attorneys for Receiver
Thomas A. Seaman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>            Defendants. | Case No. 8:09-cv-0818-DOC (RNBx)<br><br>EX PARTE APPLICATION FOR ORDER PERMITTING RECEIVER TO FILE EX PARTE APPLICATION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL; DECLARATION OF MICHAEL R. FARRELL REGARDING NOTICE OF EX PARTE APPLICATION<br><br>Judge:  Hon. David O. Carter |

1  Thomas A. Seaman ("Receiver"), Court-appointed permanent receiver for
2  Medical Capital Holdings, Inc., Medical Capital Corporation, Medical Provider
3  Funding Corporation VI, and their subsidiaries and affiliates (collectively, "Medical
4  Capital" or the "Receivership Entities"), hereby applies for an order permitting the
5  Receiver to file its Ex Parte Application for Order Approving Confidential
6  Settlement Agreement with Interstate Restoration, LLC, under seal pursuant to the
7  Hon. David O. Carter's Standing Order re: Procedures for Requesting Under Sealing
8  Filings, and pursuant to the Hon. Robert N. Block's July 30, 2014 Minute Order
9  (Docket No. 114) in the action entitled *Interstate Restoration, LLC v. Thomas A.*
10 *Seaman, individually and as receiver for the Medical Provider Financial*
11 *Corporation III*, et al., United States District Court, Central District of California,
12 Case No. 8:13-cv-00706-DOC (RNBx) ("Action").

13  It is necessary to file the application for approval of the confidential
14 settlement agreement and supporting declarations under seal because the Receiver's
15 litigation and settlement strategy are sensitive issues which should not be revealed to
16 the public, particularly in light of ongoing unrelated litigation.

17  **Notice of this ex parte application, as set forth in the attached declaration
18 of Michael R. Farrell, was given to counsel for the Securities and Exchange
19 Commission and to counsel for Interstate Restoration, LLC. Neither the
20 Commission nor Interstate have any objection to this ex parte application or to
21 approval of the settlement.**

22 Dated: August 1, 2014  ALLEN MATKINS LECK GAMBLE
                                              MALLORY & NATSIS LLP
23                                         DAVID R. ZARO
                                              TED FATES
24                                         MICHAEL R. FARRELL
                                              NANCY S. FONG
25

26                                         By:     /s/ Michael R. Farrell
                                                       MICHAEL R. FARRELL
27                                                 Attorneys for Receiver
                                                       Thomas A. Seaman
28

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     INTRODUCTION AND STATEMENT OF FACTS**

By way of this ex parte application and motion, the Receiver asks the Court for an order permitting the Receiver to file its ex parte application for approval of confidential settlement agreement under seal.

The dispute between Interstate and the Receiver is well-known to the Court. Interstate filed the action entitled *Interstate Restoration, LLC v. Thomas A. Seaman, individually and as receiver for the Medical Provider Financial Corporation III*, et al., United States District Court, Central District of California, Case No. 8:13-cv-00706-DOC (RNBx) ("Action") asserting causes of action for, among other things, intentional and negligent misrepresentation. Interstate alleged that the Receiver made three partial misrepresentations to induce Interstate to enter into a contract with a third party, under which Interstate performed work and was not paid.

On July 30, 2014, the parties in the Action attended a Mandatory Settlement Conference ("MSC") before the Hon. Robert N. Block. At that MSC, the parties came to an agreement to resolve this dispute, and set forth their agreement on the record. The core terms of the settlement are set forth in detail in the ex parte application for approval of confidential settlement agreement and supporting declarations, a copy of which will be emailed to chambers pursuant to the Hon. David O. Carter's Standing Order re: Procedures for Requesting Under Seal Filings.

The Hon. Robert N. Block issued an Order at the MSC (Docket No. 114) that the portions of the record pertaining to the confidential settlement stated on the record be sealed, and further permitted the Receiver to file an ex parte application under seal. (Declaration of Michael R. Farrell, ¶ 3, Ex. A).

Prior to filing this Application, the Receiver contacted counsel for the Securities and Exchange Commission. SEC counsel advised that he has no opposition to approval of the Agreement. Interstate also has no objection to this ex

parte application or to approval of the Agreement.  (Declaration of Michael R. Farrell, ¶ 4).

## II. CAUSE FOR FILING UNDER SEAL

The Receiver requests permission to file its ex parte application for approval of confidential settlement agreement under seal.  The Receiver's litigation and settlement strategy is a sensitive issue, particularly given the Receiver' current involvement in other, highly contested  litigation against Sedgwick, LLP and Manatt, Phelps & Phillips.  Opposing counsel in such matters should not be permitted to obtain  insight into the Receiver's approach to settlement. These considerations are sufficient reason to permit filing under seal.

## III. CONCLUSION

Based on the foregoing, the Receiver requests entry of an order permitting the Receiver to file an Ex Parte Application for Approval of Confidential Settlement Agreement with Interstate Restoration, LLC under seal.

Dated:  August 1, 2014

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Michael R. Farrell
    MICHAEL R. FARRELL
    Attorneys for Receiver
    Thomas A. Seaman


## **DECLARATION OF MICHAEL R. FARRELL**

I, Michael R. Farrell, declare as follows:

1. I am a partner at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel of record for Defendant Thomas A. Seaman ("Receiver"), in his capacity as court-appointed receiver for Medical Capital Holdings, Inc., Medical Capital Corporation, Medical Provider Funding Corporation VI, and their subsidiaries and affiliates, including Medical Provider Financial Corporation III, in the action entitled *Interstate Restoration, LLC v. Thomas A. Seaman, individually and as receiver for the Medical Provider Financial Corporation III*, et al., United States District Court, Central District of California, Case No. 8:13-cv-00706-DOC (RNBx) ("Action"). I make this declaration in support of the Receiver's Ex Parte Application for an Order Permitting the Receiver to file an Ex Parte Application for Approval of Confidential Settlement Agreement with Interstate Restoration, LLC, under seal. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On July 30, 2014, the parties in the Action attended a Mandatory Settlement Conference ("MSC") before the Hon. Robert N. Block. At that MSC, the parties came to an agreement to resolve this dispute, and set forth their agreement on the record. The core terms of the settlement are set forth in detail in the ex parte application for approval of confidential settlement agreement and supporting declarations, a copy of which will be emailed to chambers pursuant to the Hon. David O. Carter's Standing Order re: Procedures for Requesting Under Seal Filings.

3. The Hon. Robert N. Block issued an Order at the MSC (Docket No. 114) that the portions of the record pertaining to the confidential settlement stated on the record be sealed, and further permitted the Receiver to file an ex parte

application under seal. Attached hereto as <u>Exhibit A</u> is a true and correct copy of Judge Block's Minute Order dated July 30, 2014.

    4.    Prior to filing this Application, both counsel for the Securities and Exchange Commission and counsel for Interstate Restoration, LLC were contacted. Neither SEC counsel nor Interstate have any objection to this ex parte application or to approval of the settlement agreement.

Executed this 1st day of August, 2014, at Los Angeles, California.

                    /s/ Michael R. Farrell
                    MICHAEL R. FARRELL

# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 13-0706-DOC (RNBx) | Date | July 30, 2014 |
|---|---|---|---|
| Title | Interstate Restoration LLC v. Thomas A. Seaman, etc. | | |

| Present: The Honorable | Robert N. Block, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | n/a | CourtSmart (under seal) |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mitchell A. Kamin | Michael R. Farrell |
| | Nancy S. Fong |

**Proceedings:**      (SETTLEMENT CONFERENCE)

On July 30, 2014, the parties and their counsel appeared before Magistrate Judge Block for a settlement conference. After approximately 4-3/4 hours of settlement discussions, a complete settlement of the matter (subject to District Judge approval) was reached and the material terms thereof were recited on the record. In accordance with the parties' agreement regarding confidentiality, the portion of the record reflecting the terms of the settlement was ORDERED sealed from all except the parties hereto and their counsel. Per the District Judge's instructions, the application for approval of the settlement is to be filed no later than Friday, August 1, 2014. In view of the parties' agreement regarding confidentiality, the Court authorized the filing under seal of the application for approval (including the accompanying copy of the settlement agreement).

cc:   Judge Carter

                                                                  4  :  45

                                                Initials of
                                                Preparer                 klh