UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>Defendants. | Case No. 8:09-cv-0818-DOC (RNBx)<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER PERMITTING RECEIVER TO FILE EX PARTE APPLICATION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT WITH INTERSTATE RESTORATION, LLC, UNDER SEAL<br><br>Date:   August 1, 2014<br>Time:   8:30 a.m.<br>Ctrm:   9D<br>Judge:  Hon. David O. Carter |

754737.01/SD

The Court having considered the ex parte application of Thomas A. Seaman ("Receiver"), Court-appointed permanent receiver for Medical Capital Holdings, Inc., Medical Capital Corporation, Medical Provider Funding Corporation VI, and their subsidiaries and affiliates, for an order permitting the Receiver to file an Ex Parte Application for Approval of Confidential Settlement Agreement with Interstate Restoration, LLC under seal, and good cause appearing therefor, hereby orders as follows:

1. The Application is granted;

2. The request to file an Ex Parte Application for Approval of the Confidential Settlement Agreement with Interstate Restoration, LLC, and all supporting documents, under seal is granted.

**IT IS SO ORDERED.**

DATED: _____       _____
                             JUDGE, UNITED STATES DISTRICT COURT

Submitted by:

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Michael R. Farrell
    MICHAEL R. FARRELL
    Attorneys for Thomas A. Seaman,
    Receiver