1 | DAVID R. ZARO (BAR NO. 124334)
2 | MICHAEL R. FARRELL (BAR NO. 173831)
   | TED FATES (BAR NO. 227809)
3 | ALLEN MATKINS LECK GAMBLE
   |   MALLORY & NATSIS LLP
4 | 515 South Figueroa Street, Ninth Floor
   | Los Angeles, California 90071-3309
5 | Phone: (213) 622-5555
   | Fax:  (213) 620-8816
6 | E-Mail:   dzaro@allenmatkins.com
   |          mfarrell@allenmatkins.com
7 |          tfates@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. SA CV09-0818 DOC (RNBx) |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Ctrm: 9D |
| MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO, | Judge: Hon. David O. Carter |
| Defendants. | |

On August 1, 2014, I served the document(s) described as:

> **EX PARTE APPLICATION FOR ORDER PERMITTING RECEIVER TO FILE EX PARTE APPLICATION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT GREEMENT UNDER SEAL; DECLARATION OF MICHAEL R. FARRELL REGARDING NOTICE OF EX PARTE APPLICATION**

on the interested parties in this action by:

☒ **BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** the foregoing document(s) will be served by the court via NEF and hyperlink to the document. On August 1, 2014, I checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- Panteha Abdollahi - pantehaabdollahi@paulhastings.com; deniseerkens@paulhastings.com
- David E. Azar - dazar@milberg.com; cchaffins@milberg.com; ckiyotoki@milberg.com
- Lawrence C. Barth - lawrence.barth@mto.com
- John W. Berry - berryj@sec.gov; irwinma@sec.gov; cavallones@sec.gov
- Edward K. Blodnick - EBlodnick@blodnickpc.com
- James F. Bogan - jbogan@Kilpatrickstockton.com
- Brent W. Brougher - bbrougher@kilpatrickstockton.com
- John B. Bulgozdy - bulgozdyj@sec.gov; LAROFiling@sec.gov; marcelom@sec.gov
- Gary O. Caris - gcaris@mckennalong.com; lfergueson@mckennalong.com
- Kenneth Joseph Catanzarite - kcatanzarite@catanzarite.com; ncatanzarite@catanzarite.com; jdevera@catanzarite.com
- Hester H. Cheng - hcheng@cpmlegal.com; jhamilton@cpmlegal.com
- Nicholas S. Chung - chungni@sec.gov
- Frank A. Cialone - fcialone@sflaw.com; calendar@sflaw.com
- Randall J. Clement - randy@clementandholaw.com
- Daniel J. Cooper – djc@dcooperlaw.com
- Joseph Winters Cotchett - jcotchett@cpmlegal.com
- John Michael Devine – jdevinet@aol.com
- Lawrence A. Diamant - larrydiamant@yahoo.com
- Marc S T Dworsky - marc.dworsky@mto.com; Cynthia.Soden@mto.com
- Theresa H. Dykoschak - tdykoschak@faegre.com
- Michael R. Farrell - mfarrell@allenmatkins.com
- Edward G. Fates - tfates@allenmatkins.com; bcrfilings@allenmatkins.com
- Jesse S. Finlayson - jfinlayson@fwtrl.com; wmills@fwtrl.com

- Michiyo M. Furukawa - mfurukawa@milberg.com; mkupillas@milberg.com
- Philip Andrew Gasteier - pgasteier@rdwlawcorp.com
- Alan A. Greenberg - greenbergal@gtlaw.com; oclitdock@gtlaw.com; sulladaj@gtlaw.com
- Wayne R. Gross - grossw@gtlaw.com; osbornc@gtlaw.com
- Edward Han - edwardhan@paulhastings.com; nanettecosentino@paulhastings.com
- Lesley Anne Fleetwood Hawes -lhawes@mckennalong.com; eupton@mckennalong.com
- Christopher D. Holt - cholt@klinedinstlaw.com; cgagne@klinedinstlaw.com
- Cathy Ann Hongola - chongola@allenmatkins.com
- Robert G. Johnson, Jr - rjohnson@robertgreyjohnson.com
- Babak Lalezari - blalezari@gibsondunn.com; schita@gibsondunn.com
- Gary Y. Leung - LeungG@sec.gov; delgadilloj@sec.gov; larofiling@sec.gov
- John M. Levengood - mlevengood@mckennalong.com
- Adriene Plescia Lynch - adriene.lynch@alston.com; nelly.villaneda@alston.com
- Matthew A. Macdonald - matthew.macdonald@mto.com; joannette.driver-moore@mto.com
- Ronald Hayes Malone -rmalone@sflaw.com; calendar@sflaw.com
- David Thomas Mara - dmara@turleylawfirm.com
- Stephen M. Mertz - smertz@faegre.com
- Issa Kalani Moe - moei@moss-barnett.com; rossmanj@moss-barnett.com; bakert@moss-barnett.com; LandeA@moss-barnett.com; yungners@moss-barnett.com
- Mark Cotton Molumphy - mmolumphy@cpmlegal.com; jhamilton@cpmlegal.com; obacigalupi@cpmlegal.com; mgrafilo@cpmlegal.com
- Tom R. Normandin – tnormandin@pnbd.com
- Loraine L. Pedowitz - lpedowitz@allenmatkins.com
- Michael A. Piazza - piazzam@gtlaw.com; knobbel@gtlaw.com; OCLitDock@GTLAW.com; ayersl@gtlaw.com; rhodesd@gtlaw.com
- Benjamin Patrick Pugh - bpugh@enterprisecounsel.com
- David A. Robinson - drobinson@enterprisecounsel.com
- Karel Rocha – krocha@pnbd.com
- James A. Rubenstein - Rubenstein@moss-barnett.com
- Francis Norman Scollan - fscollan@allenmatkins.com
- Randall G. Sommer - randall.sommer@mto.com; deborah.laws@mto.com

- Diane Carter Stanfield - diane.stanfield@alston.com
- Peter M. Stone - peterstone@paulhastings.com; deniseerkens@paulhastings.com
- Jordanna G. Thigpen - jthigpen@cpmlegal.com
- Wm. Randolph Turnbow - rturnbow@dcipa.com; jgiers@dcipa.com; hmason@dcipa.com; efisher@dcipa.com
- Ryan Thomas Waggoner - rwaggoner@allenmatkins.com; fkalve@allenmatkins.com
- Edward T. Wahl - ewahl@faegre.com
- Jennifer L. Waier - USACAC.SACriminal@usdoj.gov; jennifer.waier@usdoj.gov
- Stephen S. Walters - swalters@allenmatkins.com
- Morgan B. Ward Doran - warddoranm@sec.gov
- Alan Jay Weil - ajweil@gwwe.com
- Jeff S. Westerman - jwesterman@milberg.com; cchaffins@milberg.com; ckiyotoki@milberg.com
- Andrew David Wolfberg - andrew@wolfberglaw.com
- David R. Zaro - dzaro@allenmatkins.com

☐ **BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated on the attached Service List on the above-mentioned date in San Diego, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 1, 2014, at Los Angeles, California.

| /s/ Michael M. Mason | /s/ *Michael M. Mason* |
|---|---|
| (Type or print name) | (Signature) |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

807585.02/SD

-3-