| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| 12 | SECURITIES AND EXCHANGE COMMISSION, | Case No. 8:09-cv-0818-DOC (RNBx) |
| 13 | Plaintiff, | [~~PROPOSED~~] ORDER GRANTING EX PARTE APPLICATION FOR ORDER PERMITTING RECEIVER TO FILE EX PARTE APPLICATION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT WITH INTERSTATE RESTORATION, LLC, UNDER SEAL   [1190] |
| 14 | v. | |
| 15 | MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO, | |
| 19 | Defendants. | Date:   August 1, 2014<br>Time:   8:30 a.m.<br>Ctrm:   9D<br>Judge:  Hon. David O. Carter |

754737.01/SD

1  The Court having considered the ex parte application of Thomas A. Seaman
2  ("Receiver"), Court-appointed permanent receiver for Medical Capital Holdings,
3  Inc., Medical Capital Corporation, Medical Provider Funding Corporation VI, and
4  their subsidiaries and affiliates, for an order permitting the Receiver to file an Ex
5  Parte Application for Approval of Confidential Settlement Agreement with
6  Interstate Restoration, LLC under seal, and good cause appearing therefor, hereby
7  orders as follows:
8      1.  The Application is granted;
9      2.  The request to file an Ex Parte Application for Approval of the
10 Confidential Settlement Agreement with Interstate Restoration, LLC, and all
11 supporting documents, under seal is granted.

**IT IS SO ORDERED.**

DATED: August 7, 2014          _/s/ David O. Carter_____
                               JUDGE, UNITED STATES DISTRICT COURT
                               DAVID O. CARTER

Submitted by:

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Michael R. Farrell
    MICHAEL R. FARRELL
    Attorneys for Thomas A. Seaman,
    Receiver