1   DAVID R. ZARO (BAR NO. 124334)
    MICHAEL R. FARRELL (BAR NO. 173831)
2   EDWARD G. FATES (BAR NO. 227809)
    ALLEN MATKINS LECK GAMBLE
3     MALLORY & NATSIS LLP
    515 South Figueroa Street, Ninth Floor
4   Los Angeles, California 90071-3309
    Phone:  (213) 622-5555
5   Fax:  (213) 620-8816
    E-Mail:  dzaro@allenmatkins.com
6            mfarrell@allenmatkins.com
             tfates@allenmatkins.com
7
    Attorneys for Receiver
8   THOMAS A. SEAMAN

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11               SOUTHERN DIVISION

12  SECURITIES AND EXCHANGE            Case No. SA CV09-0818 DOC (RNBx)
    COMMISSION,
13                                     NOTICE OF HEARING ON INTERIM
                  Plaintiff,           APPLICATIONS FOR APPROVAL
14                                     AND PAYMENT OF COMPENSATION
         v.                            TO RECEIVER AND HIS
15                                     PROFESSIONALS
    MEDICAL CAPITAL HOLDINGS,
16  INC.; MEDICAL CAPITAL              Date:     September 29, 2014
    CORPORATION; MEDICAL              Time:     8:30 a.m.
17  PROVIDER FUNDING                   Ctrm:     9D
    CORPORATION VI; SIDNEY M.          Judge:    Hon. David O. Carter
18  FIELD; and JOSEPH J.
    LAMPARIELLO,
19
                  Defendants.
20

21       PLEASE TAKE NOTICE that on September 29, 2014, at 8:30 a.m. in

22  Courtroom 9D of the United States District Court, 411 West Fourth Street,

23  Santa Ana, California, the Court will consider the interim applications of Thomas A.

24  Seaman ("Receiver"), Court-appointed permanent receiver for Medical Capital

25  Holdings, Inc., Medical Capital Corporation, and Medical Provider Funding

26  Corporation VI, and their subsidiaries and affiliates, and his counsel, for approval

27  and payment of fees and costs.

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

996784.01/LA

The following table summarizes the fees incurred, interim payment requested, and costs requested for the period February 1, 2014 through April 30, 2014 ("Eighteenth Interim Period"):

| Applicant and Role | Fees Incurred | Interim Payment Requested | Costs | Total |
|---|---|---|---|---|
| Thomas A. Seaman, Receiver | $119,380.00 | $107,442.00 (90%) | $0 | $107,442.00 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP, General Counsel | $343,298.00 | $274,638.40 (80%) | $32,701.69 (100%) | $307,340.09 |

This notice along with the full fee applications are posted on the Receiver's website (www.medicalcapitalreceivership.com).  A hard copy of the applications can also be obtained by contacting the Receiver's office at (949) 681-0221 ext. 10.

If you oppose the applications, you are required to file your written opposition with the Office of the Clerk, United States District Court, 411 West Fourth Street, Room 1053, Santa Ana, California 92701, and serve the same on the undersigned not later than twenty-one (21) days before the date designated for the hearing.


Dated:  August 20, 2014

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP


By:_____/s/ Michael R. Farrell_____
MICHAEL R. FARRELL
Attorneys for Receiver
THOMAS A. SEAMAN