DAVID R. ZARO (BAR NO. 124334)
MICHAEL R. FARRELL (BAR NO. 173831)
TED FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        mfarrell@allenmatkins.com
        tfates@allenmatkins.com

Attorneys for Receiver
Thomas A. Seaman

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>Defendants. | Case No. 8:09-cv-0818-DOC (RNBx)<br><br>**STIPULATION GRANTING U.S. BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ASSET BACKED CERTIFICATES, SERIES 2005-HE4 RELIEF FROM LITIGATION STAY PROVISION OF PRELIMINARY INJUNCTION ORDER**<br><br>Dept.: 9D<br>Judge: Hon. David O. Carter |

1  This Stipulation is made by and among Thomas A. Seaman ("Receiver"), Court-appointed permanent receiver for Medical Capital Holdings, Inc. and U.S. BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ASSET BACKED CERTIFICATES, SERIES 2005-HE4 ("US Bank").

This stipulation is made based on the following facts:

**RECITALS**

1. Whereas on January 8, 2014, US Bank commenced a mortgage foreclosure proceeding in Illinois state court against Nelia G. Laurel and Eduardo J. Ladlad a/k/a Eduardo Ladlad and seeking to foreclose on the Property captioned *U.S. BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ASSET BACKED CERTIFICATES, SERIES 2005-HE4 v. NELIA G. LAUREL; EDUARDO J. LADLAD A/K/A EDUARDO LADLAD; EDUARDO LADLAD AS TRUSTEE OF THE EDUARDO LADLAD REVOCABLE TRUST DATED JUNE 16, 2005; UNITED STATES OF AMERICA; MEDICAL CAPITAL HOLDINGS, INC; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS.*; Circuit Court of Cook County, Illinois, Chancery Division; Docket No. 2014CH00238 ("Mortgage Foreclosure Action");[1]

2. Whereas US Bank named Medical Capital Holdings, Inc as defendant in its complaint due to a Mortgage held by Medical Capital Holdings that is subordinate in priority to US Bank's Mortgage;

3. Whereas on information and belief, the Property has an assessed value less than the amount of US Bank's lien;

4. Whereas the mortgage lien in favor of US Bank, is senior to Medical Capital Holdings, Inc. lien in priority with respect to the Property; and

---

[1] A copy of the complaint in the Mortgage Foreclosure Action is attached hereto as Exhibit A.

5. Whereas US Bank and the Receiver have met and conferred and agree that US Bank should be permitted to complete the Mortgage Foreclosure Action in Illinois state court.

6. Whereas should the sale of the Property result in a surplus of the final judgment amount entered in favor of US Bank, the Receiver for Medical Capital Holdings Inc., would be entitled to receive said surplus on behalf of Medical Capital Holdings, Inc.

## STIPULATION

Based on the foregoing facts, the Receiver and US Bank, by and through their respective counsel, stipulate as follows:

1. US Bank shall have relief from the stay of legal proceedings against Medical Capital Holdings, Inc in the Preliminary Injunction Order (Docket No. 44) for the purpose of completing the Illinois Mortgage Foreclosure Action.

2. US Bank shall be authorized to prosecute and complete the Mortgage Foreclosure Action against Medical Capital Holdings, Inc.

3. The stay of legal proceedings against Medical Capital Holdings, Inc. in the Preliminary Injunction Order shall otherwise remain in full force and effect.

Dated: ~~April 22~~ August 11, 2014

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Ted Fates
TED FATES
Attorneys for Receiver
Thomas A. Seaman

```
```

| | |
|---|---|
| 1   Dated: August 11, 2014 | Morris, Laing, Evans, Brock & Kennedy, Chtd. |

By: _____
Justin F. Carter, Esq.
Attorney for U.S. BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ASSET BACKED CERTIFICATES, SERIES 2005-HE4

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

805130.01/SD

-3-