# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>  Defendants. | Case No. 8:09-cv-0818-DOC (RNBx)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION GRANTING U.S. BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ASSET BACKED CERTIFICATES, SERIES 2005-HE4 RELIEF FROM LITIGATION STAY PROVISION OF PRELIMINARY INJUNCTION ORDER**<br><br>Dept.:  9D<br>Judge:  Hon. David O. Carter |

The Court having considered the Stipulation Granting U.S. Bank N.A., as Trustee for the Registered Holders of Asset Backed Certificates, Series 2005-HE4 ("US Bank") Relief from Litigation Stay Provision of Preliminary Injunction Order ("Stipulation"), and good cause appearing therefor,

**IT IS ORDERED THAT:**

1. US Bank shall have relief from the stay of legal proceedings against Medical Capital Holdings, Inc in the Preliminary Injunction Order (Docket No. 44) for the purpose of completing the Illinois Mortgage Foreclosure Action (as defined in the Stipulation).

2. US Bank shall be authorized to prosecute and complete the Illinois Mortgage Foreclosure Action against Medical Capital Holdings, Inc.

3. The stay of legal proceedings against Medical Capital Holdings, Inc. in the Preliminary Injunction Order shall otherwise remain in full force and effect.

Dated: _____    _____
Hon. David O. Carter
Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

821520.01/SD