UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>　　　　Defendants. | Case No. SA CV09-0818 DOC (RNBx)<br><br>ORDER ON EIGHTEENTH INTERIM FEE APPLICATION OF THOMAS A. SEAMAN, RECEIVER [1195]<br><br>Date:　September 29, 2014<br>Time:　8:30 a.m.<br>Ctrm:　9D<br>Judge:　Hon. David O. Carter |

The Eighteenth Interim Fee Application of Thomas A. Seaman, the court-appointed Permanent Receiver for Medical Capital Holdings, Inc., Medical Capital Corporation, Medical Provider Funding Corporation VI and their subsidiaries and affiliates (collectively the "Receivership Entities") came before the Court. Appearances were as noted on the record.

The Court having received and read the Motion papers and the Fee Application, including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

1   **IT IS ORDERED** that the Eighteenth Interim Fee Application of Thomas A.
2   Seaman is allowed and approved for fees totaling $119,380.00 for the Eighteenth
3   Application Period.
4   **IT IS FURTHER ORDERED** that Receiver is authorized to pay 90% of
5   such sum, or $107,442.00, out of assets of the Receivership Estate.

8   Dated:  September 10, 2014

    _____
    Hon. David O. Carter
    Judge, United States District Court

11  Presented by:
12  ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
13

14      /s/  *Michael R. Farrell*
15  Michael R. Farrell
16  Attorneys for Receiver Thomas A. Seaman
    515 S. Figueroa Street, 9th Floor
17  Los Angeles, CA  90071
18  mfarrell@allenmatkins.com
    213.622.5555 phone
19  213.620.8816 fax