Name and Address
DAVID R. ZARO (BAR NO. 124334)
MICHAEL R. FARRELL (BAR NO. 173831)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
515 S. Figueroa Street, Ninth Floor
Los Angeles, CA 90071-3309
Phone: (213) 622-5555 Fax: (213) 620-8816
dzaro@allenmatkins.com; mfarrell@allenmatkins.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>PLAINTIFF(S)<br>v.<br><br>MEDICAL CAPITAL HOLDINGS, INC; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO<br><br>DEFENDANT(S). | CASE NUMBER:<br>8:09-cv-0818-DOC (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

EX PARTE APPLICATION FOR ORDER:
A) IN AID OF RECEIVERSHIP and
B) PERMITTING DOCUMENTS TO BE FILED UNDER SEAL


[PROPOSED] SEALED ORDER IN AID OF RECEIVERSHIP; and
[PROPOSED] ORDER GRANTING APPLICATION TO SEAL


**Reason:**

☒ Under Seal and/or In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required ( *reason* ):


| | |
|---|---|
| October 21, 2014 | /s/ Michael R. Farrell |
| Date | Attorney Name<br>Michael R. Farrell |
| | Party Represented<br>Receiver Thomas A. Seaman |

*Note:* File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (01/14)          **NOTICE OF MANUAL FILING**


American LegalNet, Inc.
www.FormsWorkFlow.com