UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>Defendants. | Case No. SA CV09-0818 DOC (RNBx)<br><br>[PROPOSED] ORDER ON NINETEENTH INTERIM FEE APPLICATION OF THOMAS A. SEAMAN, RECEIVER [1239]<br><br>Date: December 22, 2014<br>Time: 8:30 a.m.<br>Ctrm: 9D<br>Judge: Hon. David O. Carter |

The Ninteenth Interim Fee Application of Thomas A. Seaman, the court-appointed Permanent Receiver for Medical Capital Holdings, Inc., Medical Capital Corporation, Medical Provider Funding Corporation VI and their subsidiaries and affiliates (collectively the "Receivership Entities") came before the Court. Appearances were as noted on the record.

The Court having received and read the Motion papers and the Fee Application, including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the Nineteenth Interim Fee Application of Thomas A. Seaman is allowed and approved for fees totaling $129,942.00 for the Nineteenth Application Period.

**IT IS FURTHER ORDERED** that Receiver is authorized to pay 90% of such sum, or $116,947.80, out of assets of the Receivership Estate.

Dated: November 25, 2014

*David O. Carter*
Hon. David O. Carter
Judge, United States District Court

Presented by:
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

　/s/ *Michael R. Farrell*
Michael R. Farrell
Attorneys for Receiver Thomas A. Seaman
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071
mfarrell@allenmatkins.com
213.622.5555 phone
213.620.8816 fax

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1003930.01/LA

[PROPOSED] ORDER ON NINETEENTH
INTERIM FEE APPLICATION OF RECEIVER

-2-