UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>Defendants. | Case No. SA CV09-0818 DOC (RNBx)<br><br>[PROPOSED] ORDER ON NINETEENTH INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, COUNSEL TO THE RECEIVER [1237]<br><br>Date: December 22, 2014<br>Time: 8:30 a.m.<br>Ctrm: 9D<br>Judge: Hon. David O. Carter |

The Nineteenth Interim Fee Application of Allen Matkins Leck Gamble Mallory & Natsis LLP, Counsel to the Receiver ("Allen Matkins") came before the Court. Appearances were as noted on the record.

The Court having received and read the Motion papers and the Fee Application, including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the Nineteenth Interim Fee Application of Allen Matkins is allowed and approved in the amount of $427,023.50 in attorneys' fees and

1  $16,438.15, in costs for services performed and costs incurred during the Nineteenth
2  Application Period from May 1, 2014 through July 31, 2014.  The Receiver is
3  authorized to pay 80% of the allowed amount of Allen Matkins' fees, which amount
4  is $341,618.80 and to pay 100% of the allowed amount of Allen Matkins' costs,
5  which amount is $16,438.15, out of assets of the Receivership Estate.

8  Dated: November 25, 2014

                                          /s/ David O. Carter
Hon. David O. Carter
Judge, United States District Court

11  Presented by:
12  ALLEN MATKINS LECK GAMBLE
13  MALLORY & NATSIS LLP

14      /s/  Michael R. Farrell
15  Michael R. Farrell
16  Attorneys for Receiver Thomas A. Seaman
    515 S. Figueroa Street, 9th Floor
17  Los Angeles, CA  90071
18  mfarrell@allenmatkins.com
    213.622.5555 phone
19  213.620.8816 fax

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1000105.01/LA

-2-

[PROPOSED] ORDER ON NINETEENTH
INTERIM FEE APPLICATION OF ALLEN
MATKINS