UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>Defendants. | Case No. SA CV09-0818 DOC (RNBx)<br><br>ORDER ON TWENTIETH INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, COUNSEL TO THE RECEIVER [1246]<br><br>Date: February 23, 2015<br>Time: 8:30 a.m.<br>Ctrm: 9D<br>Judge: Hon. David O. Carter |

The Twentieth Interim Fee Application of Allen Matkins Leck Gamble Mallory & Natsis LLP, Counsel to the Receiver ("Allen Matkins") came before the Court. Appearances were as noted on the record.

The Court having received and read the Motion papers and the Fee Application, including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the Twentieth Interim Fee Application of Allen Matkins is allowed and approved in the amount of $60,987.00 in attorneys' fees and

$7,944.12, in costs for services performed and costs incurred during the Twentieth Application Period from August 1, 2014 through October 31, 2014. The Receiver is authorized to pay 80% of the allowed amount of Allen Matkins' fees, which amount is $48,789.60 and to pay 100% of the allowed amount of Allen Matkins' costs, which amount is $7,944.12, out of assets of the Receivership Estate.

Dated: February 2, 2015

Hon. David O. Carter
Judge, United States District Court

Presented by:
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

   /s/ Michael R. Farrell
Michael R. Farrell
Attorneys for Receiver Thomas A. Seaman
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071
mfarrell@allenmatkins.com
213.622.5555 phone
213.620.8816 fax

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

1007911.01/LA

ORDER ON TWENTIETH INTERIM FEE
APPLICATION OF ALLEN MATKINS

-2-