# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 09-0818-DOC (RNBx)            Date: February 13, 2015

Title: SEC v. MEDICAL CAPITAL HOLDINGS, INC., ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER LIFTING DISCOVERY STAY [300]**

On June 1, 2010, the Court ordered discovery stayed in this matter until August 31, 2010 (Dkt. 300). The Court hereby clarifies that any stay on discovery is now lifted.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                     Initials of Deputy Clerk: djg