DAVID R. ZARO (BAR NO. 124334)
MICHAEL R. FARRELL (BAR NO. 173831)
TED FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        mfarrell@allenmatkins.com
        tfates@allenmatkins.com

Attorneys for Receiver Thomas A. Seaman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>Defendants. | Case No. 8:09-cv-0818-DOC (RNBx)<br><br>NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING ORDER OF SALE OF STOCK IN SITO MOBILE, LTD.; AUTHORIZATION TO PAY COMMISSION<br><br>Date:   April 27, 2015<br>Time:   8:30 a.m.<br>Ctrm:   9D<br>Judge:  Hon. David O. Carter |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Thomas A. Seaman ("Receiver"), Court-appointed permanent receiver for Medical Capital Holdings, Inc., Medical Capital Corporation, Medical Provider Funding Corporation VI, and their subsidiaries and affiliates, hereby lodges the attached Proposed Order permitting the Receiver to sell the SITO Mobile, Ltd stock and authorization to pay a consulting fee and commission to GlassRatner Securities.

754737.01/SD

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 25, 2015 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 3 | | |
| 4 | | By: */s/ David R. Zaro*<br>DAVID R. ZARO<br>Attorneys for Receiver<br>THOMAS A. SEAMAN |
| 5 | | |
| 6 | | |
| ... | | |
| 28 | | |

754737.01/SD

-2-

# PROOF OF SERVICE

*Securities and Exchange Commission v. Medical Capital Holdings, Inc., et al.*
USDC, Central District of California – Case No. 8:09-cv-0818-DOC (RNBx)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 S. Figueroa Street, 9th Floor, Los Angeles, California 90071-3398.

A true and correct copy of the foregoing document(s) described below will be served in the manner indicated below:

**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING ORDER OF SALE OF STOCK IN SITO MOBILE, LTD.; AUTHORIZATION TO PAY COMMISSION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – the above-described document will be served by the Court via NEF. On **March 25, 2015**, I reviewed the CM/ECF Mailing Info For A Case for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Panteha Abdollahi**
  pantehaabdollahi@paulhastings.com,deniseerkens@paulhastings.com
- **David E Azar**
  dazar@milberg.com,cchaffins@milberg.com,jconte@milberg.com,ckiyotoki@milberg.com
- **John W Berry**
  berryj@sec.gov,irwinma@sec.gov
- **Edward K Blodnick**
  eblodnick@bcfdlaw.com
- **James F Bogan**
  jbogan@Kilpatrickstockton.com
- **Brent W Brougher**
  bbrougher@kilpatrickstockton.com
- **John B Bulgozdy**
  bulgozdyj@sec.gov,LAROFiling@sec.gov,berryj@sec.gov,irwinma@sec.gov
- **Michiyo Michelle Burkart**
  Michelle.Burkart@doj.ca.gov,mkupillas@milberg.com
- **Gary O Caris**
  gcaris@mckennalong.com,comeara@mckennalong.com
- **Kenneth Joseph Catanzarite**
  kcatanzarite@catanzarite.com,ncatanzarite@catanzarite.com,jdevera@catanzarite.com
- **Hester H Cheng**
  hcheng@garciagurney.com

- **Nicholas S Chung**
  chungni@sec.gov
- **Frank A Cialone**
  fcialone@sflaw.com
- **Randall J Clement**
  randy@clementandholaw.com
- **Jesse J Contreras**
  jcontreras@mrllp.com,stotin@mrllp.com,jesse.contreras@outlook.com
- **Daniel J Cooper**
  djc@dcooperlaw.com
- **Joseph Winters Cotchett**
  jcotchett@cpmlegal.com
- **John Michael Devine**
  jdevinet@aol.com
- **Lawrence A Diamant**
  larrydiamant@yahoo.com
- **Marc S T Dworsky**
  marc.dworsky@mto.com
- **Michael R Farrell**
  mfarrell@allenmatkins.com
- **Edward G Fates**
  tfates@allenmatkins.com,bcrfilings@allenmatkins.com,jbatiste@allenmatkins.com
- **Jesse S Finlayson**
  jfinlayson@ftrlfirm.com,wmills@ftrlfirm.com
- **Philip Andrew Gasteier**
  pag@lnbyb.com
- **Mark John Geragos**
  mark@geragos.com,geragos@geragos.com
- **Alan Greenberg**
  agreenberg@ggtriallaw.com,lrodriguez@ggtriallaw.com
- **Wayne R Gross**
  wgross@ggtriallaw.com,lkibota@ggtriallaw.com
- **Edward Han**
  edwardhan@paulhastings.com,nanettecosentino@paulhastings.com
- **Lesley Anne Fleetwood Hawes**
  lhawes@mckennalong.com,comeara@mckennalong.com
- **Christopher D Holt**
  cholt@klinedinstlaw.com,cgagne@klinedinstlaw.com
- **Cathy Ann Hongola**
  chongola@allenmatkins.com
- **Robert G Johnson , Jr**
  rjohnson@robertgreyjohnson.com,tcarter@robertgreyjohnson.com
- **Babak Lalezari**
  blalezari@gibsondunn.com
- **Gary Y Leung**
  LeungG@sec.gov,larofiling@sec.gov,berryj@sec.gov,irwinma@sec.gov
- **Adriene Plescia Lynch**
  adriene.lynch@alston.com,heather.thai@alston.com

1012377.03/LA

- 2 -

| | |
|---|---|
| 1 | • **Matthew A Macdonald** |
| 2 | matthew.macdonald@mto.com,joannette.driver-moore@mto.com |
|   | • **Ronald Hayes Malone** |
| 3 | rmalone@sflaw.com,calendar@sflaw.com |
|   | • **David Thomas Mara** |
| 4 | vflores@turleylawfirm.com |
|   | • **Issa Kalani Moe** |
| 5 | Issa.Moe@lawmoss.com,Andrea.Montan@lawmoss.com,Tiffany.Baker@lawmoss.com,John.Rossman@lawmoss.com |
| 6 | • **Mark Cotton Molumphy** |
| 7 | mmolumphy@cpmlegal.com,rbarghi@cpmlegal.com,obacigalupi@cpmlegal.com,bpayne@cpmlegal.com,jacosta@cpmlegal.com |
| 8 | • **Tom R Normandin** |
|   | tnormandin@pnbd.com,kgodeke@pnbd.com,jwade@pnbd.com,cjones@pnbd.com |
| 9 | • **Loraine L Pedowitz** |
|   | lpedowitz@allenmatkins.com |
| 10 | • **Michael A Piazza** |
| 11 | piazzam@gtlaw.com |
|   | • **Thomas J Prenovost , Jr** |
| 12 | TPrenovost@pnbd.com |
|   | • **Benjamin Patrick Pugh** |
| 13 | bpugh@enterprisecounsel.com |
|   | • **David A Robinson** |
| 14 | drobinson@enterprisecounsel.com |
|   | • **Karel Rocha** |
| 15 | krocha@pnbd.com |
| 16 | • **James A Rubenstein** |
|   | Rubenstein@moss-barnett.com |
| 17 | • **Francis Norman Scollan** |
|   | fscollan@allenmatkins.com |
| 18 | • **Randall G Sommer** |
| 19 | randall.sommer@mto.com,deborah.laws@mto.com |
|   | • **Diane Carter Stanfield** |
| 20 | diane.stanfield@alston.com |
|   | • **Peter M Stone** |
| 21 | peterstone@paulhastings.com,janellesahouria@paulhastings.com,deniseerkens@paulhastings.com |
| 22 | • **Jordanna G Thigpen** |
| 23 | jthigpen@abtahilaw.com |
|   | • **William Turley** |
| 24 | bturley@turleylawfirm.com |
|   | • **Wm. Randolph Turnbow** |
| 25 | rturnbow@dcipa.com,jgiers@dcipa.com,hmason@dcipa.com,efisher@dcipa.com |
| 26 | • **Ryan Thomas Waggoner** |
|   | rwaggoner@allenmatkins.com,dandrzejewska@allenmatkins.com |
| 27 | • **Jennifer L Waier** |
|   | USACAC.SACriminal@usdoj.gov,jennifer.waier@usdoj.gov |
| 28 | |

1012377.03/LA

- **Stephen S Walters**
  swalters@allenmatkins.com
- **Morgan B Ward Doran**
  warddoranm@sec.gov
- **Alan Jay Weil**
  ajweil@kbkfirm.com,nphillis@kbkfirm.com,cklein@kbkfirm.com,bsulier@kbkfirm.com
- **Jeff S Westerman**
  jwesterman@jswlegal.com
- **Andrew David Wolfberg**
  andrew@wolfberglaw.com
- **David R Zaro**
  dzaro@allenmatkins.com

2. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**: On **March 23, 2015**, I served the following person(s) and/or entity(ies) in this case by placing a true and correct copy thereof in a sealed envelope(s) addressed as indicated below. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion for party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 (one) day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Lawrence C. Barth<br>Mungle Tolle & Olson LLP<br>355 S. Grand Avenue, Suite 3500<br>Los Angeles, CA  90071-1560 | **Via U.S. Mail** |
| Edward K. Blodnick, Esq.<br>Edward K. Blodnick & Associates, PC<br>1325 Franklin Avenue, Suite 375<br>Garden City, NY  11530 | **Via U.S. Mail** |
| Marjorie Fuldner<br>822 N. Fort Thomas Avenue, Number 1 North<br>Fort Thomas, KY  41075 | **Via U.S. Mail** |
| Andre Guimond<br>1112 Montana Avenue<br>Santa Monica, CA  90403 | **Via U.S. Mail** |

1012377.03/LA

- 4 -

| | | |
|---|---|---|
| 1 | Richard W. Regen | **Via US. Mail** |
| 2 | 10 Hillside Road<br>Penfield, NY  14526 | |
| 3 | Susan K. Regen | **Via U.S. Mail** |
| 4 | 10 Hillside Road<br>Penfield, NY  14526 | |
| 5 | Gary Urbanowicz | **Via U.S. Mail** |
| 6 | 105 Kent Drive<br>Cortlandt Manor, NY  10567-6233 | |
| 7 | | |
| 8 | Dirk C. Visser | **Via U.S. Mail** |
| 9 | PO Box 2473<br>Missoula, MT  59806 | |
| 10 | Kimberlee P. Visser | **Via U.S. Mail** |
| 11 | PO Box 2473<br>Missoula, MT  59806 | |
| 12 | Maryanna Wortham | **Via U.S. Mail** |
| 13 | 7343 Ridgepoint Drive, Unit 105<br>Cincinnati, OH  45230 | |

    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on **March 25, 2015** at Los Angeles, California.

_____
Michael Mason

1012377.03/LA

- 5 -