UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>  Defendants. | Case No. 8:09-cv-0818-DOC (RNBx)<br><br>[PROPOSED] ORDER GRANTING ORDER OF SALE OF STOCK IN SITO MOBILE, LTD.; AUTHORIZATION TO PAY COMMISSION<br><br>Date:    April 27, 2015<br>Time:   8:30 a.m.<br>Ctrm:   9D<br>Judge:  Hon. David O. Carter |

The Court having considered the Motion for Approval of Sale of Stock in SITO Mobile, Ltd; and Authorization to Pay Commission ("Motion") of Thomas A. Seaman ("Receiver"), Court-appointed permanent receiver for Medical Capital Holdings, Inc., Medical Capital Corporation, Medical Provider Funding Corporation VI, and their subsidiaries and affiliates, for an order permitting the Receiver to sell

754737.01/SD

the SITO Mobile, Ltd stock and authorization to pay a consulting fee and commission to GlassRatner Securities, and good cause appearing therefor, hereby orders as follows:

1. The Motion is granted;

2. The Court approves the waiver of the requirements of 28 U.S.C. § 2004 to the extent they are inconsistent with the sale process described in the Motion.

3. The Receiver is permitted to sell the stock in SITO Mobile, Ltd. pursuant to the Common Stock Purchase Agreement (the "Agreement") attached as Exhibit D to the Declaration of Thomas A. Seaman [Docket Nos. 1257, 1257-1].

4. The Court approves the Escrow Agreement attached as Exhibit E to the Declaration of Thomas A. Seaman [Docket Nos. 1257, 1257-1] and authorizes the distribution of the Escrow Property.

5. Upon the closing of the sale in accordance with this order, the Receiver is authorized to pay GlassRatner Securities a $20,000 consulting fee and 7% commission in connection with the sale of the stock in SITO Mobile, Ltd.

**IT IS SO ORDERED.**

DATED: _____    _____
                          JUDGE, UNITED STATES DISTRICT COURT

Submitted by:

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ David R. Zaro
    DAVID R. ZARO
    Attorneys for Thomas A. Seaman,
    Receiver