JOHN B. BULGOZDY, Cal. Bar No. 219897
Email: bulgozdyj@sec.gov

Attorney for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>　　　　Defendants. | Case No. SACV 09-818 DOC (RNBx)<br><br>**PLAINTIFF'S RESPONSE TO MOTION FOR APPROVAL OF SALE OF STOCK IN SITO MOBILE, LTD. AND AUTHORIZATION TO PAY COMMISSION**<br><br>Date:　　April 27, 2015<br>Time:　　8:30 a.m.<br>Place:　　Courtroom 9D<br>　　　　　(Honorable David O. Carter) |

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this response to the motion of Thomas A. Seaman, Receiver, for the sale of stock in Sito Mobile, Ltd. and authorization to pay commission.

The SEC supports the motion. The sale will net a substantial amount to the receivership estate for the benefit of the defrauded investors.

Dated: April 6, 2015                     Respectfully submitted,

/s/ John B. Bulgozdy
John B. Bulgozdy
Attorney for Plaintiff
Securities and Exchange Commission

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On April 6, 2015, I caused to be served the document entitled **PLAINTIFF'S RESPONSE TO MOTION FOR APPROVAL OF SALE OF STOCK IN SITO MOBILE, LTD. AND AUTHORIZATION TO PAY COMMISSION** on all the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]   **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ]   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]   **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]   **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 6, 2015                             /s/ John B. Bulgozdy
                                                                 John B. Bulgozdy

**SEC v. MEDICAL CAPITAL HOLDINGS, INC., et al.**
**United States District Court – Central District of California**
**Case No. SACV 09-818 DOC (RNBx)**
**LA-3474**

<u>SERVICE LIST</u>

Alan A. Greenberg, Esq. **(served via CM/ECF only)**
Michael A. Piazza, Esq. **(served via CM/ECF only)**
Greenberg Traurig, LLP
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Email: *greenbergal@gtlaw.com*
Email: *piazzam@gtlaw.com*
***Attorneys for Defendants Sidney M. Field and Joseph J. Lampariello***


David Zaro, Esq. **(served via CM/ECF only)**
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 S. Figueroa Street, 7th Floor
Los Angeles, CA 90071
Email: *dzaro@allenmatkins.com*
***Attorney for Receiver Thomas Seaman over Defendants Medical Capital Holdings, Inc., Medical Capital Corporation, and Medical Provider Funding Corporation VI***