JOHN B. BULGOZDY, Cal. Bar No. 219897
Email: bulgozdyj@sec.gov

Attorney for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>Defendants. | Case No. SACV 09-818 DOC (RNBx)<br><br>**PLAINTIFF'S OPPOSITION TO REQUEST TO SUBSTITUTE JOSEPH J. LAMPARIELLO, PRO SE, IN PLACE OF ATTORNEY MICHAEL A. PIAZZA**<br><br>Date: N/A<br>Time: N/A<br>Place: Courtroom 9D<br>(Honorable David O. Carter) |

Plaintiff Securities and Exchange Commission ("SEC") opposes the request to substitute Joseph J. Lampariello, pro se, for attorney Michael Piazza, because there is no contact information provided for Mr. Lampariello, and neither the Court nor the SEC will therefore have contact information to serve Mr. Lampariello with motions or orders. The SEC cannot, for example, serve Mr. Lampariello with this opposition. Indeed, the Court does not have information for the Clerk to update the docket with Mr. Lampariello's contact information, and has no means to serve Mr. Lampariello with the order if it is granted. For this reason, the SEC opposes the motion as filed.

If appropriate contact information is provided for Mr. Lampariello, then the SEC does not oppose the motion.

Dated: May 27, 2015

Respectfully submitted,

/s/ John B. Bulgozdy
John B. Bulgozdy
Attorney for Plaintiff
Securities and Exchange Commission

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION
      444 S. Flower Street, Suite 900, Los Angeles, California 90071
      Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On May 27, 2015, I caused to be served the document entitled **PLAINTIFF'S OPPOSITION TO REQUEST TO SUBSTITUTE JOSEPH J. LAMPARIELLO, PRO SE, IN PLACE OF ATTORNEY MICHAEL A. PIAZZA** on the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]   **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ]   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]   **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]   **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 27, 2015                    /s/ John B. Bulgozdy
                                      John B. Bulgozdy

## SEC v. MEDICAL CAPITAL HOLDINGS, INC., et al.
United States District Court – Central District of California
Case No. SACV 09-818 DOC (RNBx)
LA-3474

### SERVICE LIST

Alan A. Greenberg, Esq. **(served via CM/ECF only)**
Michael A. Piazza, Esq. **(served via CM/ECF only)**
Greenberg Traurig, LLP
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Email: *greenbergal@gtlaw.com*
Email: *piazzam@gtlaw.com*
*Attorneys for Defendants Sidney M. Field and Joseph J. Lampariello*

David Zaro, Esq. **(served via CM/ECF only)**
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 S. Figueroa Street, 7th Floor
Los Angeles, CA 90071
Email: *dzaro@allenmatkins.com*
*Attorney for Receiver Thomas Seaman over Defendants Medical Capital Holdings, Inc., Medical Capital Corporation, and Medical Provider Funding Corporation VI*

Wayne Gross, Esq. **(served via CM/ECF only)**
Greenberg Gross LLP
650 Town Center Drive, Suite 1750
Costa Mesa, CA 92626
Email: wgross@ggtriallaw.com
*Attorneys for Defendants Sidney M. Field and Joseph J. Lampariello*