1  GARY OWEN CARIS (SBN 88918)
    gcaris@mckennalong.com
2  LESLEY ANNE HAWES (SBN 117101)
    lhawes@mckennalong.com
3  MCKENNA LONG & ALDRIDGE LLP
   300 South Grand Avenue
4  14th Floor
   Los Angeles, CA  90071
5  Telephone:  (213) 688-1000
   Facsimile:   (213) 243-6330
6
7  Attorneys for Creditor and Real Party in Interest,
   STRATOSE, INC.
8
9                UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA
11                     SOUTHERN DIVISION
12
13  SECURITIES AND EXCHANGE          CASE NO.  SA CV09-0818 DOC
    COMMISSION,                      (RNBX)
14
              Plaintiff,             NOTICE OF ASSIGNMENT OF
15                                   CLAIMS OF STRATOSE, INC. TO
         v.                          COALITION AMERICA HOLDING
16                                   COMPANY, INC.
    MEDICAL CAPITAL HOLDINGS,
17  INC.; MEDICAL CAPITAL
    CORPORATION; MEDICAL
18  PROVIDER FUNDING
    CORPORATION VI; SIDNEY M.
19  FIELD; and JOSEPH J.
    LAMPARIELLO,
20
              Defendants.
21
22
23       TO THE HONORABLE COURT, TO THE RECEIVER, AND TO ALL
24  PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:
25       Please take notice that Stratose, Inc. ("Stratose") has assigned its entire right,
26  title and interest in and to the claims made by Stratose in this receivership
27  action to Coalition America Holding Company, Inc. ("CAHC"), pursuant to the
28  Assignment of Proof of Claims attached hereto as Exhibit "A."

McKENNA LONG &
ALDRIDGE LLP
LOS ANGELES

NOTICE OF ASSIGNMENT OF CLAIMS OF
STRATOSE, INC. TO COALITION AMERICA HOLDING
COMPANY, INC.
USW 805187880.1

1
2     It is requested that the Court, the Receiver and all parties and their attorneys
3 of record send all notifications, and the Receiver shall send all distributions to
4 CAHC at the following address:

> Coalition America Holding Company, Inc.
> c/o Sean Smith, Chairman
> 93 Lighthouse Drive
> Jupiter FL 33469

9 Dated: June 15, 2015         MCKENNA LONG & ALDRIDGE LLP
Gary Owen Caris
Lesley Anne Hawes

By: /s/ Gary Owen Caris
Gary Owen Caris
Attorney for Creditor and Real Party in Interest, Stratose, Inc.

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

NOTICE OF ASSIGNMENT OF CLAIMS OF STRATOSE, INC. TO COALITION AMERICA HOLDING COMPANY, INC.

USW 805187880.1