1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10          SOUTHERN DIVISION

11  SECURITIES AND EXCHANGE         | Case No. SA CV09-0818 DOC (RNBx)
    COMMISSION,

12                                  | ORDER ON TWENTY-FIRST
            Plaintiff,              | INTERIM FEE APPLICATION OF

13                                  | THOMAS A. SEAMAN, RECEIVER
        v.

14                                  | Date:    July 13, 2015
    MEDICAL CAPITAL HOLDINGS,       | Time:    8:30 a.m.

15  INC.; MEDICAL CAPITAL           | Ctrm:    9D
    CORPORATION; MEDICAL            | Judge:   Hon. David O. Carter

16  PROVIDER FUNDING
    CORPORATION VI; SIDNEY M.

17  FIELD; and JOSEPH J.
    LAMPARIELLO,

18
            Defendants.

19

20

21          The Twenty-First Interim Fee Application of Thomas A. Seaman, the court-

22  appointed Permanent Receiver for Medical Capital Holdings, Inc., Medical Capital

23  Corporation, Medical Provider Funding Corporation VI and their subsidiaries and

24  affiliates (collectively the "Receivership Entities") came before the Court.

25  Appearances were as noted on the record.

26          The Court having received and read the Motion papers and the Fee

27  Application, including any supporting declarations and objections filed therein, and

28  being so advised in the matter and finding good cause, orders as follows:

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1017471.01/LA

[PROPOSED] ORDER ON TWENTY-FIRST
INTERIM FEE APPLICATION OF RECEIVER

-1-

1    **IT IS ORDERED** that the Twenty-First Interim Fee Application of Thomas

2  A. Seaman is allowed and approved for fees totaling $61,810.50 for the Twenty-

3  First Application Period.

4    **IT IS FURTHER ORDERED** that Receiver is authorized to pay 90% of

5  such sum, or $55,629.45, out of assets of the Receivership Estate.

6

7

8  Dated:  June 23, 2015

_David O. Carter_
_____
Hon. David O. Carter
Judge, United States District Court

9

10

11  Presented by:

12  ALLEN MATKINS LECK GAMBLE

MALLORY & NATSIS LLP

13

14        /s/  *Michael R. Farrell*

15  _____
Michael R. Farrell

16  Attorneys for Receiver Thomas A. Seaman

515 S. Figueroa Street, 9th Floor

17  Los Angeles, CA  90071

18  mfarrell@allenmatkins.com
213.622.5555 phone

19  213.620.8816 fax

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1017471.01/LA

-2-

[PROPOSED] ORDER ON TWENTY-FIRST
INTERIM FEE APPLICATION OF RECEIVER