UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>Defendants. | Case No. SA CV09-0818 DOC (RNBx)<br><br>ORDER ON TWENTY-FIRST INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, COUNSEL TO THE RECEIVER<br><br>Date:  July 13, 2015<br>Time:  8:30 a.m.<br>Ctrm:  9D<br>Judge: Hon. David O. Carter |

The Twenty-First Interim Fee Application of Allen Matkins Leck Gamble Mallory & Natsis LLP, Counsel to the Receiver ("Allen Matkins") came before the Court.  Appearances were as noted on the record.

The Court having received and read the Motion papers and the Fee Application, including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the Twenty-First Interim Fee Application of Allen Matkins is allowed and approved in the amount of $63,970.00 in attorneys' fees and

$5,587.08, in costs for services performed and costs incurred during the Twenty-First Application Period from November 1, 2014 through January 31, 2015.  The Receiver is authorized to pay 80% of the allowed amount of Allen Matkins' fees, which amount is $51,176.00 and to pay 100% of the allowed amount of Allen Matkins' costs, which amount is $5,587.08, out of assets of the Receivership Estate.

Dated:  June 23, 2015

_David O. Carter_
Hon. David O. Carter
Judge, United States District Court

Presented by:
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP


    /s/  Michael R. Farrell
Michael R. Farrell
Attorneys for Receiver Thomas A. Seaman
515 S. Figueroa Street, 9th Floor
Los Angeles, CA  90071
mfarrell@allenmatkins.com
213.622.5555 phone
213.620.8816 fax

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

1015957.01/LA

-2-

[PROPOSED] ORDER ON TWENTY-FIRST
INTERIM FEE APPLICATION
OF ALLEN MATKINS