DAVID R. ZARO (BAR NO. 124334)
MICHAEL R. FARRELL (BAR NO. 173831)
EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        mfarrell@allenmatkins.com
        tfates@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>Defendants. | Case No. SA CV09-0818 DOC (RNBx)<br><br>NOTICE OF HEARING ON INTERIM APPLICATIONS FOR APPROVAL AND PAYMENT OF COMPENSATION TO RECEIVER AND HIS PROFESSIONALS<br><br>Date: August 10, 2015<br>Time: 8:30 a.m.<br>Ctrm: 9D<br>Judge: Hon. David O. Carter |

PLEASE TAKE NOTICE that on August 10, 2015, at 8:30 a.m. in Courtroom 9D of the United States District Court, 411 West Fourth Street, Santa Ana, California, the Court will consider the interim applications of Thomas A. Seaman ("Receiver"), Court-appointed permanent receiver for Medical Capital Holdings, Inc., Medical Capital Corporation, and Medical Provider Funding Corporation VI, and their subsidiaries and affiliates, and his counsel, for approval and payment of fees and costs.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1020655.01/LA

NOTICE OF HEARING ON INTERIM APPS FOR
APPROVAL AND PAYMENT OF COMPENSATION
TO RECEIVER AND HIS PROFESSIONALS

The following table summarizes the fees incurred, interim payment requested, and costs requested for the period February 1, 2015 through April 30, 2015 ("Twenty-Second Interim Period"):

| Applicant and Role | Fees Incurred | Interim Payment Requested | Costs | Total |
|---|---|---|---|---|
| Thomas A. Seaman, Receiver | $63,703.50 | $57,333.15 (90%) | $0 | $57,333.15 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP, General Counsel | $95,944.00 | $76,755.20 (80%) | $708.28 (100%) | $77,463.48 |

This notice along with the full fee applications are posted on the Receiver's website (www.medicalcapitalreceivership.com).  A hard copy of the applications can also be obtained by contacting the Receiver's office at (949) 681-0221 ext. 10.

If you oppose the applications, you are required to file your written opposition with the Office of the Clerk, United States District Court, 411 West Fourth Street, Room 1053, Santa Ana, California 92701, and serve the same on the undersigned not later than twenty-one (21) days before the date designated for the hearing.

Dated: July 7, 2015

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By:     /s/ *Michael R. Farrell*
    MICHAEL R. FARRELL
    Attorneys for Receiver
    THOMAS A. SEAMAN