# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Securities and Exchange Commission | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:09-cv-00818-DOC-RNB |
| v. | |
| Medical Capital Holdings, Inc., et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Joseph J. Lampariello  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Joseph J. Lampariello _____ who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☒ Pro Se

PO Box 12737
*Street Address*

Newport Beach, CA 92658
*City, State, Zip*                                *E-Mail Address*

714-401-7484
*Telephone Number*        *Fax Number*        *State Bar Number*

as attorney of record instead of Alan A. Greenberg and Wayne R. Gross
List **all** attorneys from same firm or agency who are withdrawing.

is hereby   ☐ GRANTED   ☐ DENIED

Dated _____

U. S. District Judge/U.S. Magistrate Judge