# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 09-0818-DOC (RNBx)                  Date: July 9, 2015

Title: SECURITIES AND EXCHANGE COMMISSION V. MEDICAL CAPITAL HOLDINGS, INC.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**      **ORDER RE: REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL [1265] [1266] [1283] [1288]**

      Before the Court are Defendant Joseph Lampariello's counsel's Requests for Approval of Substitution or Withdrawal of Counsel ("Requests") (Dkts. 1265, 1266, 1283, 1288). The Court finds this matter appropriate for resolution without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. After reviewing the papers, the Court CONDITIONALLY GRANTS the Requests.

      Defendant's counsel Michael A. Piazza of DLA Piper LLP and Alan A. Greenberg and Wayne R. Gross of Greenberg Gross LLP seek a court order allowing them to withdraw as counsel of record because Defendant wishes to represent himself pro se.

      The Court hereby ORDERS as follows:

1. The Requests are GRANTED on condition that, no later than **July 17, 2015,** moving counsel jointly file with the Court and serve upon their client a declaration:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 09-0818-DOC (RNBx)                                                   Date: July 9, 2015
                                                                                                                                       Page 2

     a. Setting forth the client's current address and telephone number, verified as accurate by the withdrawing attorney(s); and
     b. Informing the client, or attempting to do so by reasonable and diligent process:
          i. That the address will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorneys;
          ii. Of all future dates now set in the action, including, but not limited to, scheduling conferences, any motion dates fixed, time limits on any pending discovery obligations, date of discovery cutoff, pretrial conference dates, and trial dates;
          iii. When and where the client may pick up the case file, including copies made by the attorney if originals are not delivered;
          iv. If the client is a corporation, unincorporated association, or partnership which would be left without an attorney of record, that such client may not represent itself without an attorney, and that failure to substitute an attorney by the deadline set by the Court may lead to dismissal or default judgment; and
          v. If the client would be left without an attorney and is eligible to appear pro se:
               (1) that any person appearing pro se is required to comply with this District's Local Rules, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Federal Rules of Appellate Procedure; and
               (2) that the Court encourages pro se litigants to request a CM/ECF login and password to receive court documents by email. Information regarding this process is available on the District's website, www.cacd.uscourts.gov.

Failure to comply with the above requirements by **July 17, 2015**, will result in the denial of the Requests on that date.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                             Initials of Deputy Clerk: djg
CIVIL-GEN