UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>Defendants. | Case No. SA CV09-0818 DOC (RNBx)<br><br>ORDER APPROVING SALES PROCEDURES FOR REMAINING RECEIVERSHIP ASSETS; AUTHORIZING RETENTION OF GLASSRATNER TO MARKET THE ASSETS [1271]<br><br>Date: July 20, 2015<br>Time: 8:30 a.m.<br>Ctrm: 9D<br>Judge: Hon. David O. Carter |

The Court has reviewed the Receiver's Motion for Order Approving Sales Procedures for Remaining Receivership Assets; [and] Authorizing Retention of GlassRatner to Market the Assets (the "Motion"), filed by Thomas Seaman.

The Court, having considered the Motion and all supporting materials and good cause appearing:

**IT IS ORDERED** that:

1. The Receiver's Motion is granted.

2. The Receiver is authorized to market and sell the assets described in the Motion pursuant to the procedures described therein subject to the Court's final approval of the sale of each of the Assets.

3. The Receiver will present a report (the "Report") to the Court on or before September 14, 2015, containing the Receiver's recommendations concerning the sale of each of the Assets including any request for the Court to conduct an auction at the below described Sale Hearing. The Receiver will also make recommendations related to the approval of fees or commissions applicable to the sale of the Assets, if any.

4. A hearing is set for September 21, 2015 at 8:30 a.m. in this Courtroom (the "Sale Hearing"), at which time the Court will consider the Receiver's Report, requests to approve the sale of Assets, recommendations in the Report related to overbids, and requests for payment of fees and commissions. At the Sale Hearing, the Court may conduct an auction of Assets pursuant to any request made by the Receiver in the Receiver's Report.

5. The Court relieves the Receiver from compliance with the provisions of 28 U.S.C. § 2001 and 28 U.S.C. § 2004, to the extent those statutes are not consistent with the sale procedures described in the Receiver's Motion.

Dated: July 13, 2015

_____
Hon. David O. Carter
Judge, United States District Court