ALAN A. GREENBERG, State Bar No. 150827
  AGreenberg@GGTrialLaw.com
WAYNE R. GROSS, State Bar No. 138828
  WGross@GGTrialLaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1750
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Defendants Sidney M. Field
and Joseph J. Lampariello

MICHAEL A. PIAZZA, State Bar No. 235881
  Mike.Piazza@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400
Los Angeles, California 90067
Telephone: (310) 595-3080
Facsimile: (310) 595-3380

Attorneys for Defendant Joseph J. Lampariello

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>Defendants. | Case No. SACV 09-818 DOC (RNBx)<br><br>**JOINTLY FILED DECLARATION OF ALAN A. GREENBERG REGARDING SUBSTITUTION OF ATTORNEYS BY JOSEPH J. LAMPARIELLO, PRO SE**<br><br>(Filed Pursuant to Order Re: Request for Approval of Substitution or Withdrawal of Counsel – ECF 1289)<br><br>Hon. David O. Carter<br>Courtroom 9D |

Case No. SACV 09-818 DOC (RNBx)
JOINT DEC. REGARDING SUBSTITUTION OF ATTORNEYS BY JOSEPH J. LAMPARIELLO, PRO SE

# DECLARATION OF ALAN A. GREENBERG

I, Alan A. Greenberg, hereby declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California. I am an attorney with the law firm of Greenberg Gross LLP, counsel of record for Defendants Sidney M. Field and Joseph J. Lampariello in this action. The facts stated herein are within my personal knowledge and if called upon to testify, I can truthfully and competently do so as to all matters herein.

2. As required by the Court's Order of July 9, 2015 (ECF No. 1289) Re: Request for Approval of Substitution or Withdrawal of Counsel, this declaration is filed and served jointly on behalf of Alan Greenberg and Wayne Gross (both of Greenberg Gross LLP) and Michael Piazza (of DLA Piper LLP (US)).

3. The verified, current address and telephone number for Joseph J. Lampariello are: P.O. Box 12737, Newport Beach CA 92658, (714) 401-7484.

4. By service of this declaration on him, Mr. Lampariello is hereby informed of the following:

(a) The foregoing address will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorneys;

(b) A copy of the current Scheduling Order is attached and incorporated herein by reference. The following future dates are scheduled:

(i) <u>Trial</u>: March 15, 2016 at 8:30 a.m.

(ii) <u>Final Pretrial Conference</u>: February 22, 2016 at 8:30 a.m.

(iii) <u>Motion Cut-off</u>: December 14, 2015 at 8:30 a.m.

(iv) <u>Fact/Expert Discovery Cut-off</u>: November 20, 2015

(v) <u>Hearing on Interim Applications for Approval and Payment of Compensation to Receiver and His Professionals</u>: August 10, 2015 at 8:30 a.m.

//

      (vi) <u>Hearing on Receiver's Report Regarding Sale of Assets</u>: September 21, 2015 at 8:30 a.m.

  (c) The case file is available for pick-up by Mr. Lampariello at the office of Greenberg Gross LLP, 650 Town Center Drive, Suite 1750, Costa Mesa 92626 by appointment at any time, or alternatively, a copy of the file can be transmitted by electronic means upon request at any time.

  (d) Any person appearing pro se is required to comply with the Local Rules of the U.S. District Court for the Central District of California, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Federal Rules of Appellate Procedure;

  (e) The Court encourages pro se litigants to request a CM/ECF login and password to receive court documents by email. Information regarding this process is available on the District's website, www.cacd.uscourts.gov.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 16, 2015

            /s/ Alan A. Greenberg
            Alan A. Greenberg

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1750, Costa Mesa, CA 92626.

On July 16, 2015, I served true copies of the following document(s) described as **JOINTLY FILED DECLARATION OF ALAN A. GREENBERG REGARDING SUBSTITUTION OF ATTORNEYS BY JOSEPH J. LAMPARIELLO, PRO SE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Greenberg Gross LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 16, 2015, at Costa Mesa, California.

*/s/ Lucia Rodriguez*
Lucia Rodriguez

Case No. SACV 09-818 DOC (RNBx)
JOINT DEC. REGARDING SUBSTITUTION OF ATTORNEYS BY JOSEPH J. LAMPARIELLO, PRO SE

# SERVICE LIST

## VIA U.S. MAIL

Joseph J. Lampariello
P.O. Box 12737
Newport Beach CA 92658

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1750, Costa Mesa, CA 92626.

On July 16, 2015, I served true copies of the following document(s) described as **JOINTLY FILED DECLARATION OF ALAN A. GREENBERG REGARDING SUBSTITUTION OF ATTORNEYS BY JOSEPH J. LAMPARIELLO, PRO SE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Greenberg Gross LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 16, 2015, at Costa Mesa, California.

_____
Lucia Rodriguez

Case No. SACV 09-818 DOC (RNBx)
JOINT DEC. REGARDING SUBSTITUTION OF ATTORNEYS BY JOSEPH J. LAMPARIELLO, PRO SE

# SERVICE LIST

## VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Panteha Abdollahi
  pantehaabdollahi@paulhastings.com, deniseerkens@paulhastings.com
- David E Azar dazar@milberg.com, cchaffins@milberg.com, jconte@milberg.com, ckiyotoki@milberg.com
- John W Berry
  berryj@sec.gov, irwinma@sec.gov
- Edward K Blodnick
  eblodnick@bcfdlaw.com
- James F Bogan
  jbogan@Kilpatrickstockton.com
- Brent W Brougher bbrougher@kilpatricktownsend.com, vduke@kilpatricktownsend.com, btoren@kilpatricktownsend.com
- John B Bulgozdy
  bulgozdyj@sec.gov, LAROFiling@sec.gov, berryj@sec.gov, irwinma@sec.gov
- Michiyo Michelle Burkart
  Michelle.Burkart@doj.ca.gov, mkupillas@milberg.com
- Gary O Caris
  gary.caris@dentons.com, chris.o'meara@dentons.com
- Kenneth Joseph Catanzarite
  kcatanzarite@catanzarite.com, ncatanzarite@catanzarite.com
- Hester H Cheng
  hcheng@garciagurney.com
- Nicholas S Chung
  chungni@sec.gov
- Frank A Cialone
  fcialone@sflaw.com
- Randall J Clement
  randy@clementandholaw.com
- Jesse J Contreras
  jcontreras@mrllp.com, stotin@mrllp.com, kbrown@mrllp.com
  jesse.contreras@outlook.com
- Daniel J Cooper
  djc@dcooperlaw.com
- Joseph Winters Cotchett
  jcotchett@cpmlegal.com
- John Michael Devine
  jdevinet@aol.com
- Lawrence A Diamant
  larrydiamant@yahoo.com
- Marc S T Dworsky
  marc.dworsky@mto.com

Case No. SACV 09-818 DOC (RNBx)
JOINT DEC. REGARDING SUBSTITUTION OF ATTORNEYS BY JOSEPH J. LAMPARIELLO, PRO SE

1. - Michael R Farrell
     mfarrell@allenmatkins.com
2. - Edward G Fates
     tfates@allenmatkins.com, bcrfilings@allenmatkins.com, jbatiste@allenmatkins.com
3. - Jesse S Finlayson
     jfinlayson@ftrlfirm.com, wmills@ftrlfirm.com
4. - Philip Andrew Gasteier
     pag@lnbyb.com
5. - Mark John Geragos
     mark@geragos.com, geragos@geragos.com
6. - Alan Greenberg
     agreenberg@ggtriallaw.com, lrodriguez@ggtriallaw.com
7. - Wayne R Gross
     wgross@ggtriallaw.com, lkibota@ggtriallaw.com
8. - Edward Han
     edwardhan@paulhastings.com, nanettecosentino@paulhastings.com
9. - Lesley Anne Fleetwood Hawes
     lesley.hawes@dentons.com, chris.o'meara@dentons.com
10. - Christopher D Holt
      cholt@klinedinstlaw.com
11. - Cathy Ann Hongola
      chongola@allenmatkins.com
12. - Robert G Johnson , Jr
      rjohnson@robertgreyjohnson.com, tcarter@robertgreyjohnson.com
13. - Babak Lalezari
      blalezari@gibsondunn.com
14. - Gary Y Leung
      LeungG@sec.gov, larofiling@sec.gov, berryj@sec.gov, irwinma@sec.gov
15. - Adriene Plescia Lynch
      adriene.lynch@alston.com, heather.thai@alston.com
16. - Matthew A Macdonald
      matthew.macdonald@mto.com, joannette.driver-moore@mto.com
17. - Ronald Hayes Malone
      rmalone@sflaw.com, calendar@sflaw.com
18. - David Thomas Mara
      vflores@turleylawfirm.com
19. - Issa Kalani Moe
      Issa.Moe@lawmoss.com, Andrea.Montan@lawmoss.com, Tiffany.Baker@lawmoss.com, John.Rossman@lawmoss.com
20. - Mark Cotton Molumphy
      mmolumphy@cpmlegal.com, rbarghi@cpmlegal.com, obacigalupi@cpmlegal.com, bpayne@cpmlegal.com, jacosta@cpmlegal.com
21. - Tom R Normandin
      tnormandin@pnbd.com, kgodeke@pnbd.com, jwade@pnbd.com, cjones@pnbd.com
22. - Loraine L Pedowitz
      lpedowitz@allenmatkins.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Michael A Piazza
  mike.piazza@dlapiper.com, susan.byrd@dlapiper.com, piazza.mike@gmail.com
- Thomas J Prenovost , Jr
  TPrenovost@pnbd.com
- Benjamin Patrick Pugh
  bpugh@enterprisecounsel.com
- David A Robinson
  drobinson@enterprisecounsel.com
- Karel Rocha
  krocha@pnbd.com
- James A Rubenstein
  Rubenstein@moss-barnett.com
- Francis Norman Scollan
  fscollan@allenmatkins.com
- Randall G Sommer
  randall.sommer@mto.com, deborah.laws@mto.com
- Diane Carter Stanfield
  diane.stanfield@alston.com
- Peter M Stone
  peterstone@paulhastings.com, janellesahouria@paulhastings.com, deniseerkens@paulhastings.com
- Jordanna G Thigpen
  jthigpen@jjllplaw.com
- William Turley
  bturley@turleylawfirm.com
- Wm. Randolph Turnbow
  rtumbow@dcipa.com, jgiers@dcipa.com, hmason@dcipa.com, efisher@dcipa.com
- Ryan Thomas Waggoner
  rwaggoner@allenmatkins.com,dandrzejewska@allenmatkins.com
- Jennifer L Waier
  USACAC.SACriminal@usdoj.gov, jennifer.waier@usdoj.gov
- Stephen S Walters
  swalters@allenmatkins.com
- Morgan B Ward Doran
  warddoranm@sec.gov
- Alan Jay Weil
  ajweil@kbkfirm.com, nphillis@kbkfirm.com, cklein@kbkfirm.com, bsulier@kbkfirm.com
- Jeff S Westerman
  jwesterman@jswlegal.com
- Andrew David Wolfberg
  andrew@woltberglaw.com
- David R Zaro
  dzaro@allenmatkins.com

Case No. SACV 09-818 DOC (RNBx)
JOINT DEC. REGARDING SUBSTITUTION OF ATTORNEYS BY JOSEPH J. LAMPARIELLO, PRO SE

**VIA U.S. MAIL**

- Lawrence C Barth
  Munger Tolles & Olson LLP
  355 South Grand Avenue
  Suite 3500
  Los Angeles, CA 90071-1560

- Edward K Blodnick
  Edward K. Blodnick & Associates, PC
  1325 Franklin Avenue, Suite 375
  Garden City, NY 11530

- Marjorie Fuldner
  822 North Fort Thomas Avenue   Number 1
  North Fort Thomas, KY 41075

- Andre Guimond
  1112 Montana Avenue
  Santa Monica, CA 90403

- Richard W Regen
  10 Hillside Road
  Penfield, NY 14526

- Susan K Regen
  10 Hillside Road
  Penfield, NY 14526

- Gary Urbanowicz
  105 Kent Drive
  Cortlandt Manor, NY 10567-6233

- Dirk C Visser
  PO Box 2473
  Missoula, MT 59806

- Kimberlee P Visser
  PO Box 2473
  Missoula, MT 59806

- Maryanna Wortham
  7343 Ridgepoint Drive Unit 106
  Cincinnati, OH 45230

Case No. SACV 09-818 DOC (RNBx)

JOINT DEC. REGARDING SUBSTITUTION OF ATTORNEYS BY JOSEPH J. LAMPARIELLO, PRO SE