1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    SOUTHERN DIVISION
11

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. SA CV09-0818 DOC (RNBx) |
| Plaintiff, | ORDER ON TWENTY-SECOND INTERIM FEE APPLICATION OF THOMAS A. SEAMAN, RECEIVER |
| v. | Date:    August 10, 2015 |
| MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO, | Time:    8:30 a.m.<br>Ctrm:    9D<br>Judge:   Hon. David O. Carter |
| Defendants. | |

        The Twenty-Second Interim Fee Application of Thomas A. Seaman, the
court-appointed Permanent Receiver for Medical Capital Holdings, Inc., Medical
Capital Corporation, Medical Provider Funding Corporation VI and their
subsidiaries and affiliates (collectively the "Receivership Entities") came before the
Court.  Appearances were as noted on the record.
        The Court having received and read the Fee Application, including any
supporting declarations and objections filed therein, and being so advised in the
matter and finding good cause, orders as follows:

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1020676.01/LA

-1-

ORDER ON TWENTY-SECOND
INTERIM FEE APPLICATION OF RECEIVER

1     **IT IS ORDERED** that the Twenty-Second Interim Fee Application of

2 Thomas A. Seaman is allowed and approved for fees totaling $63,703.50 for the

3 Twenty-Second Application Period.

4     **IT IS FURTHER ORDERED** that Receiver is authorized to pay 90% of

5 such sum, or $57,333.15, out of assets of the Receivership Estate.

6

7

8 Dated:  July 28, 2015

_David O. Carter_
_____
Hon. David O. Carter
Judge, United States District Court

9

10

11 Presented by:

12 ALLEN MATKINS LECK GAMBLE

13 MALLORY & NATSIS LLP

14    /s/ *Michael R. Farrell*
_____

15 Michael R. Farrell

16 Attorneys for Receiver Thomas A. Seaman
515 S. Figueroa Street, 9th Floor

17 Los Angeles, CA  90071

18 mfarrell@allenmatkins.com
213.622.5555 phone

19 213.620.8816 fax

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**
1020676.01/LA

ORDER ON TWENTY-SECOND
INTERIM FEE APPLICATION OF RECEIVER

-2-