1 | WAYNE R. GROSS, State Bar No. 138828
    *WGross@GGTrialLaw.com*
2 | ADAM SECHOOLER, State Bar No. 293860
    *ASechooler@GGTrialLaw.com*
3 | GREENBERG GROSS LLP
650 Town Center Drive, Suite 1750
4 | Costa Mesa, California 92626
Telephone: (949) 383-2800
5 | Facsimile: (949) 383-2801

6 | Attorneys for Defendant
Sidney M. Field

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>    Defendants. | Case No. SACV 09-818 DOC (RNBx)<br><br>**[PROPOSED] ORDER GRANTING JOINT APPLICATION TO FILE JOINT STIPULATION TO RELEASE $400,000 OF FIELD'S ASSETS FROM FREEZE UNDER SEAL** [1341]<br><br>The Honorable David O. Carter |

The Court has considered the Parties' Joint Application to File the Joint Stipulation to Release $400,000 of Field's Assets From Freeze Under Seal.

The Parties' request that the Court issue an order permitting the unredacted Joint Stipulation to be filed under seal is GRANTED.

Either party may provide the unredacted Joint Stipulation and the Court's related Order to the financial institutions subject to the asset freeze without further application to the Court.

DATED:  January 19, 2016

*David O. Carter*
Hon. David O. Carter
United States District Judge