JOHN B. BULGOZDY, Cal. Bar No. 219897
Email: bulgozdyj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower St., Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>MEDICAL CAPITAL HOLDINGS, INC.; MEDICAL CAPITAL CORPORATION; MEDICAL PROVIDER FUNDING CORPORATION VI; SIDNEY M. FIELD; and JOSEPH J. LAMPARIELLO,<br><br>  Defendants. | Case No. 09-CV-818 DOC (RNBx)<br><br>**NOTICE OF WITHDRAWAL OF CONSENT OF DEFENDANT SIDNEY M. FIELD (Dkt. No. 1343)** |

Plaintiff Securities and Exchange Commission ("SEC") hereby submits this notice of withdrawal of the Consent of Defendant Sidney M. Field, which the SEC inadvertently filed on January 19, 2016 as Dkt. No. 1343.

Dated: January 19, 2016           Respectfully submitted,

                              */s/ John B. Bulgozdy*
                              John B. Bulgozdy
                              Attorney for Plaintiff
                              Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION,
      444 S. Flower Street, Suite 900, Los Angeles, CA  90071-9591
      Telephone No.  (323) 965-3998; Facsimile No.  (213) 443-1905.

On January 19, 2016, I caused to be served the document entitled **NOTICE OF WITHDRAWAL OF CONSENT OF DEFENDANT SIDNEY M. FIELD (Dkt. No. 1343)** on all the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[X]   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ]   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]   **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ]   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]   **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]   **FAX:** By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 19, 2016            */s/ Maureen F. Franks*
                                  Maureen F. Franks

1

## SEC v. Medical Capital Holdings, Inc., et al.

### United States District Court—Central District of California

Case No. 09-CV-818 DOC (RNBx)

## SERVICE LIST

Alan A. Greenberg, Esq. **(served via CM/ECF only)**
Wayne R. Gross **(served via CM/ECF only)**
Adam Sechooler **(served via CM/ECF only)**
Greenberg Gross, LLP
650 Town Center Drive
Suite 1750
Costa Mesa, CA 92626
Email: *agreenbergal@ggtriallaw.com*
Email: *wgross@ggtriallaw.com*
Email: *asechooler@ggtriallaw.com*
***Attorneys for Defendant Sidney M. Field***

David Zaro, Esq. **(served via CM/ECF only)**
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071
Email: *dzaro@allenmatkins.com*
***Attorney for Receiver Thomas Seaman over Defendants Medical Capital Holdings Inc., Medical Capital Corporation, and Medical Provider Funding Corporation VI***

John Michael Devine **(served via CM/ECF only)**
John Devine Law Offices
558 S Harbor Blvd., Ste. 200
Anaheim, CA 92805
Email: *jdevinet@aol.com*
***Attorney for Defendant Sidney M. Field***

Joseph J. Lampariello **(served via U.S. Postal Service)**
P.O. Box 12737
Newport Beach, CA 92658
***Pro Se Defendant***